Robert L. Herbst (NYSBN 1333194)
*(pro hac vice)*
rherbst@herbstlawny.com
HERBST LAW PLLC
420 Lexington Avenue, Suite 300
New York, New York 10170
Tel: 914-450-8163 / Fax: 888-482-4676

Mark Kleiman (SBN 115919)
mark@krlaw.us
KLEIMAN / RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
Tel: 310-392-5455 / Fax: 310-306-8491

Attorneys for Defendant
WESPAC FOUNDATION

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>CODEPINK, PALESTINIAN YOUTH MOVEMENT, and WESPAC FOUNDATION,<br><br>Defendants. | Case No. 2:24-cv-06253-SVW-PVC<br><br>STIPULATION EXTENDING THE TIME OF DEFENDANTS CODEPINK AND WESPAC FOUNDATION TO RESPOND TO THE COMPLAINT<br><br>Judge: Hon Stephen V. Wilson<br>Trial Date: None Set |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for plaintiff and defendants CodePink and WESPAC Foundation that the time of those defendants to answer or otherwise respond to the complaint is extended through and including November 15, 2024.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in multiple counterparts, all of which together shall constitute one and the same instrument. This Stipulation may be executed and delivered by facsimile or electronic mail, which facsimile or electronic mail counterparts shall be deemed to be originals and may be filed with the Clerk of the Court without further notice.

Dated: October 11, 2024

GIPSON HOFFMAN & PANCIONE
A Professional Corporation

____/s/ Daniel R. Paluch_____
DANIEL R. PALUCH (State Bar No. 287231)
*dpaluch@ghplaw.com*
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
Telephone: (310) 556-4660
Facsimile: (310) 556-8945


____/s/ Robert L. Herbst_____
Robert L. Herbst (NYSBN 1333194)
rherbst@herbstlawny.com
*(pro hac vice)*
HERBST LAW PLLC
420 Lexington Avenue, Suite 300
New York, New York 10170
Tel: 914-450-8163 / Fax: 888-482-4676


____/s/Mark Kleiman_____
Mark Kleiman (SBN 115919)
mark@krlaw.us
KLEIMAN / RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
Tel: 310-392-5455 / Fax: 310-306-8491