Robert L. Herbst (NYSBN 1333194)
*(pro hac vice)*
rherbst@herbstlawny.com
HERBST LAW PLLC
420 Lexington Avenue, Suite 300
New York, New York 10170
Tel: 914-450-8163 / Fax: 888-482-4676

Mark Kleiman (SBN 115919)
mark@krlaw.us
KLEIMAN / RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
Tel: 310-392-5455 / Fax: 310-306-8491

Attorneys for Defendant
WESPAC FOUNDATION

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>CODEPINK, PALESTINIAN YOUTH MOVEMENT, and WESPAC FOUNDATION,<br><br>Defendants. | Case No. 2:24-cv-06253-SVW-PVC<br><br>[PROPOSED] ORDER ON STIPULATION EXTENDING THE TIME OF DEFENDANTS CODEPINK AND WESPAC FOUNDATION TO RESPOND TO THE COMPLAINT<br><br>Judge: Hon Stephen V. Wilson<br>Trial Date: None Set |

1     GOOD CAUSE APPEARING, the Court hereby approves this Stipulation. Defendants CODEPINK and WESPAC FOUNDATION are permitted to file their responses to the First Amended Complaint on or before November 15, 2024.

Dated: _____     _____
                                                                     Hon. Stephen V. Wilson
                                                                     U.S. District Court Judge

[PROPOSED] ORDER ON STIPULATION EXTENDING THE TIME OF DEFENDANTS CODEPINK AND WESPAC FOUNDATION'S TIME TO RESPOND TO THE COMPLAINT