Robert L. Herbst (NYSBN 1333194)
rherbst@herbstlawny.com
HERBST LAW PLLC
420 Lexington Avenue, Suite 300
New York, New York 10170
Tel: 914-450-8163 / Fax: 888-482-4676

Mark Kleiman (SBN 115919)
mark@krlaw.us
KLEIMAN / RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA  90025
Tel: 310-392-5455 / Fax: 310-306-8491

Attorneys for Defendant
WESPAC FOUNDATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>CODEPINK, PALESTINIAN YOUTH MOVEMENT, and WESPAC FOUNDATION,<br><br>Defendants. | CASE NO: 2:24-cv-06253-SVW-PVCx<br><br>Honorable Stephen V. Wilson<br>Courtroom 10A<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WESPAC FOUNDATION'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(2) AND 12(B)(6)**<br><br>**Date:   December 9, 2024**<br>**Time:   1:30 p.m.**<br>**Place:  Courtroom 10A**<br>**         350 W. 1st Street**<br>**         Los Angeles, California 90012**<br><br>Complaint Filed: July 24, 2024<br>Trial Date: Not Set |

The Motion of Defendant WESPAC Foundation to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) for lack of personal jurisdiction and failure to state a claim came for hearing before this Court.

The Court, having heard from counsel, and having fully considered all briefing and argument of the Parties, and good cause having been shown, hereby grants WESPAC Foundation's Motion to Dismiss Plaintiff's Complaint, with prejudice.

**IT IS SO ORDERED.**

DATED: _____, 2024        _____

Honorable Stephen V. Wilson
United States District Judge