GIPSON HOFFMAN & PANCIONE
A Professional Corporation
DANIEL R. PALUCH (State Bar No. 287231)
*dpaluch@ghplaw.com*
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
Telephone: (310) 556-4660
Facsimile:  (310) 556-8945

Attorneys for Plaintiff
STANDWITHUS CENTER FOR
LEGAL JUSTICE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STANDWITHUS CENTER FOR LEGAL JUSTICE, | CASE NO.: 2:24-cv-06253-SVW-PVC |
|---|---|
| Plaintiff, | **NOTICE OF MOTION TO CONSOLIDATE IN RELATED CASE,** ***HELMANN V. CODEPINK WOMEN FOR PEACE, ET AL.****, **C.D. CAL. CASE NO. 24-CV-5704-SVC-PVC** |
| v. | |
| CODEPINK, PALESTINIAN YOUTH MOVEMENT, and WESPAC FOUNDATION, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, on August 2, 2024, counsel for Plaintiffs in the related case, *Helmann v. CodePink Women for Peace, et al.*, C.D. Cal. Case No. 24-CV-5704-SVC-PVC ("*Helmann*") filed a Notice of Related Case, Doc. No. 13, identifying this case as related to *Helmann*.

PLEASE TAKE FURTHER NOTICE THAT, on November 4, 2024, counsel for Plaintiffs in *Helmann* filed a Notice and Motion to Consolidate this action with *Helmann*, Doc. No. 58.  As signers to that Motion, Counsel for Plaintiff StandWithUs Center For Legal Justice joined in that request to consolidate. A true and correct copy of that filing is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE THAT, Plaintiff StandWithUs Center For Legal Justice joins with *Helmann* Plaintiffs and asks that the Court consolidate this matter with *Helmann*.

Respectfully submitted,

Dated:  November 7, 2024

GIPSON HOFFMAN PANCIONE
A Professional Corporation

_____
DANIEL R. PALUCH
Attorneys for Plaintiff
STANDWITHUS CENTER FOR
LEGAL JUSTICE