Mark Kleiman (SBN 115919)
mark@krlaw.us
KLEIMAN / RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA  90025
Tel: 310-392-5455 / Fax: 310-306-8491

Collin Poirot (NY 5673405)
*(pro hac vice)*
cpoirot.law@gmail.com
2603 Oak Lawn, Suite 300
Dallas TX  75219
214-392-2281

Attorneys for Defendant
CODEPINK

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>CODEPINK, PALESTINIAN YOUTH MOVEMENT, and WESPAC FOUNDATION,<br><br>Defendants. | Case No. 2:24-cv-06253-SVW-PVC<br><br>**ORDER REGARDING BRIEFING SCHEDULE AND THE MOTION TO CONSOLIDATE THIS CASE WITH 2:24-cv-05704 (HELMANN v CODEPINK, et. al.)**<br><br>Hon. Steven V. Wilson<br>Hearing Date:  December 9, 2024<br>Time:  1:30 p.m. |

1   GOOD CAUSE APPEARING THEREFORE it is hereby ordered that the
2   CODEPINK defendants shall have thirty days in which to file a pleading responsive
3   to whatever amended complaint or complaints are filed after the Court rules on the
4   plaintiffs' motion to consolidate their cases (Dkt. 50).

Date: November 14, 2024   By: _____
Hon. Steven V. Wilson
United States District Court