EXHIBIT 1

| | |
|---|---|
| **From:** | Robert Herbst |
| **To:** | Dallin Holt; Mark Kleiman; Collin Poirot; Bina Ahmad; Pamela Savoie; dpaluch@ghplaw.com; Edward Wenger; John Cycon; Phil Gordon; Jason Torchinsky; Lisa Charette; Mark Javitch; David Brown; LAWOFFICESTBH |
| **Subject:** | RE: SCLJ v CODEPINK, et al |
| **Date:** | Thursday, November 14, 2024 9:17:22 AM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png |

Dear Dallin et al.,

Mark Kleiman forwarded your email below to me. I do not believe WESPAC's interests are served either by abatement or consolidation.

Bob

---------- Forwarded message ---------
From: **Dallin Holt** <dholt@holtzmanvogel.com>
Date: Wed, Nov 13, 2024 at 9:31 AM
Subject: Re: SCLJ v CODEPINK, et al
To: Mark Kleiman <mark@krlaw.us>
Cc: Collin Poirot <cpoirot.law@gmail.com>, Bina Ahmad <binaahmadesq@gmail.com>, Pamela Savoie <pam@krlaw.us>, Daniel R. Paluch <dpaluch@ghplaw.com>, Edward Wenger <emwenger@holtzmanvogel.com>, John Cycon <jcycon@holtzmanvogel.com>, Phil Gordon <pgordon@holtzmanvogel.com>, Jason Torchinsky <jtorchinsky@holtzmanvogel.com>, Lisa Charette <lcharette@holtzmanvogel.com>, Mark Javitch <mark@javitchlawoffice.com>, David Brown <dbrown@holtzmanvogel.com>


Sounds good. Are you able to see if Robert will agree to a brief abatement? Otherwise, I suspect it will simply make for a lot of otherwise unnecessary busy work (i.e., briefing an opposed motion to abate, filing an amended complaint in response to WESPAC's MTD for just StandWithUs, WESPAC would then need to file a new MTD for the amended complaint, and then all of this when the Court likely consolidates with *Helmann* and we file a new consolidated amended complaint, which will necessitate a new response from WESPAC.)

Thanks,

**Dallin Holt**
*Of Counsel*
**Holtzman Vogel**
Office: 602.388.1262
dholt@HoltzmanVogel.com // www.HoltzmanVogel.com

**From:** Mark Kleiman <mark@krlaw.us>
**Date:** Wednesday, November 13, 2024 at 10:23 AM
**To:** Dallin Holt <dholt@holtzmanvogel.com>
**Cc:** Collin Poirot <cpoirot.law@gmail.com>, Bina Ahmad <binaahmadesq@gmail.com>, Pamela Savoie <pam@krlaw.us>, "Daniel R. Paluch" <dpaluch@ghplaw.com>, Edward Wenger <emwenger@holtzmanvogel.com>, John Cycon <jcycon@holtzmanvogel.com>, Phil Gordon <pgordon@holtzmanvogel.com>, Jason Torchinsky <jtorchinsky@holtzmanvogel.com>, Lisa Charette <lcharette@holtzmanvogel.com>, Mark Javitch <mark@javitchlawoffice.com>, David Brown <dbrown@holtzmanvogel.com>
**Subject:** Re: SCLJ v CODEPINK, et al

Thanks for your quick response, Dallin. And I am indeed booked until 2 p.m. Pacific. I've taken the liberty of setting up a Zoom link for 2 pm and will send out invitations shortly.

The link is here: https://www.google.com/url?q=https://us02web.zoom.us/j/89821343101?pwd%3DBTxeJqQwG9hHo0kuadwaFgKTnxYDSb.1&sa=D&source=calendar&usg=AOvVaw0NG3QIT5n1RVsAFVrmWf3f

And sorry, but I am not representing WESPAC. Robert Herbst needed someone to get him admitted *pro hac* and I was the most likely suspect.

Mark K.

On Wed, Nov 13, 2024 at 8:54 AM Dallin Holt <dholt@holtzmanvogel.com> wrote:

> Mark K. (for ease in differentiating between yourself and counsel for *Helmann* Plaintiffs, Mark J.):
>
> Thank you for reaching out—I was going to get in touch with you later today, so you beat me to it!
>
> Yes, I agree that it would be best to confer regarding next steps with consolidation still pending. I have added our California counsel in *StandWithUs* (Daniel Paluch), counsel for *Helmann* Plaintiffs (Mark Javitch), as well as some additional attorneys from my firm to this email, as they might want to participate in the call.
>
> My preference would be to meet this morning or early afternoon, however, if your day is already booked, I could meet right at 2:00 p.m. PT. Just let me know.

The likely next step, assuming the Court does not rule on consolidation this week, would be to file some type of agreed abatement pending the Court's resolution of the consolidation motion (which still might be a few weeks away). Do you represent both CodePink and WESPAC? The only reason I ask is that a day or two after you filed the stipulated scheduling order in our case, Robert Herbst emailed that WESPAC did not consent to consolidation. Presently, the primary scheduling concern in *StandWithUs* is us responding to WESPAC's pending Motion to Dismiss, which is due this coming Monday, November 18, 2024. At this point, despite shared counsel, it is unclear to us if WESPAC is aligned with other Defendants in pushing-out deadlines until the Court rules on consolidation. If everyone agrees to a short abatement of both *StandWithUs* and *Helmann* pending resolution of the Motion to Consolidate, I imagine the call this afternoon would either be unnecessary or very short.

Let me know how you would like to proceed. If you feel it is still best to jump on a quick call later today, I am happy to do so.

Thank you,



Dallin Holt
Of Counsel
Phoenix, AZ

o 602.388.1262

email  bio  in     DC • VA • FL • AZ • NY   holtzmanvogel.com

*PRIVILEGED AND CONFIDENTIAL*

*This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address. Thank you.*

*DISCLAIMER*

*Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Holtzman Vogel Baran Torchinsky & Josefiak PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.*

**From:** Mark Kleiman <mark@krlaw.us>
**Date:** Wednesday, November 13, 2024 at 12:54 AM
**To:** Dallin Holt <dholt@holtzmanvogel.com>
**Cc:** Collin Poirot <cpoirot.law@gmail.com>, Bina Ahmad <binaahmadesq@gmail.com>,

Pamela Savoie <pam@krlaw.us>
**Subject:** SCLJ v CODEPINK, et al

Dallin,

With no court order on the horizon prudence dictates that we confer Wednesday afternoon or Thursday at the very latest about our intended motion. Can you let me know when after 2 pm Pacific Wednesday you'd be available for this call?

Thank you,

Mark

--

12121 Wilshire Blvd., Ste. 810
Los Angeles, CA  90025
310-392-5455
310-306-8491 (fax)
www.kleimanrajaram.com

Uplink Page for Secure and Confidential File Sharing:
https://spaces.hightail.com/uplink/mkleiman

--

12121 Wilshire Blvd., Ste. 810
Los Angeles, CA  90025
310-392-5455
310-306-8491 (fax)
www.kleimanrajaram.com

Uplink Page for Secure and Confidential File Sharing:
https://spaces.hightail.com/uplink/mkleiman

--

Case 2:24-cv-06253-SVW-PVC   Document 57-1   Filed 11/15/24   Page 6 of 6   Page ID #:258



12121 Wilshire Blvd., Ste. 810
Los Angeles, CA  90025
310-392-5455
310-306-8491 (fax)
www.kleimanrajaram.com

Uplink Page for Secure and Confidential File Sharing:
https://spaces.hightail.com/uplink/mkleiman

