EXHIBIT 2

| | |
|---|---|
| **From:** | Dallin Holt |
| **To:** | Mark Javitch; Mark Kleiman; Daniel R. Paluch; Schlager.Bencion@gmail.Com; Jason Torchinsky; Erielle Davidson; John Cycon; CAS-Mark; Cpoirot.Law@gmail.Com; Jzuber@zuberlawler.Com; Ablelaw@lawyer.Com; Szavala@zavalalawgroup.Com; Tbh1910@gmail.Com; Robert Herbst; Edward Wenger; Mark Pinkert; Jared Bauman |
| **Cc:** | Sharon Norwood; Kim Acres; Lisa Charette |
| **Subject:** | StandWithUs v. CodePink (2:24cv6253) & Helmann v Codepink (2:24cv5704) - Upcoming Deadlines |
| **Date:** | Thursday, November 14, 2024 3:48:15 PM |
| **Attachments:** | image353455.png image231076.png image916510.png image580815.png |

Counsel in the *Helmann* and *StandWithUs* Matters:

After attempting to confer with all parties regarding a short abatement period, pending resolution of the Motion to Consolidate, here are the next steps:

- We are preparing a joint motion to abate where we will state all parties, with the exception of WESPAC, join in the request to abate all briefing and other deadlines pending resolution of the Motion to Consolidate in the coming weeks;
  - I believe we are still waiting to hear back from counsel for Honor the Earth on their position
- This request is purely being done to avoid the unnecessary costs and efforts involved with opposing motions that will likely be moot once amended pleadings are filed (StandWithUs intends to amend, however, the type of amendment will depend on whether the matters are consolidated or not);
- We will be filing this via the ex parte application procedures outlined in the Court's Case Order (ECF No. 35), paragraph 5.  As there are briefing deadlines and hearings fast approaching in both cases, we are seeking that the Court rule on the papers alone in an expedited manner
  - **As such, pursuant to the Court's Order, any party that wishes to respond to our upcoming ex parte filing, must do so no later than 3:00 p.m. on the first business day succeeding the day the ex parte application was served.  If counsel chooses not to oppose the ex parte application, they must inform the clerk by phone at (213) 894-2881.**
  - Being as almost all parties are joining in this request, it will not be necessary to contact the court unless you did not join in the application, but later decide that you will not oppose the request
- The plan is to circulate the draft Joint Motion later this afternoon for review and comment.  We will then serve it on everyone once it has been filed
- I will provide a Word version of the filed application to Plaintiffs' counsel in *Helmann*, where the heading will be revised, and the same joint ex parte application will be filed in the *Helmann* matter.

If you disagree with the procedures I outlined above, please respond and let me know.  I am happy to jump on a call with anyone to discuss these next steps.

While I understand that many of us disagree as to the merits of the pending litigation, I appreciate the professionalism of those who are willing to set aside those differences in the interests of efficiency and respect.  Thank you.

Thank you,



*PRIVILEGED AND CONFIDENTIAL*
*This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address. Thank you.*

*DISCLAIMER*
*Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Holtzman Vogel Baran Torchinsky & Josefiak PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.*