GIPSON HOFFMAN & PANCIONE
A Professional Corporation
DANIEL R. PALUCH (State Bar No. 287231)
*dpaluch@ghplaw.com*
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
Telephone: (310) 556-4660
Facsimile: (310) 556-8945

Attorneys for Plaintiff
STANDWITHUS CENTER FOR LEGAL JUSTICE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>CODEPINK, PALESTINIAN YOUTH MOVEMENT, and WESTPAC FOUNDATION,<br><br>Defendants. | CASE NO.: 2:24-cv-06253-SVW-PVC<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION** |

PLEASE TAKE NOTICE that, having considered Plaintiff StandWithUs Center for Legal Justice ("StandWithUs") *Ex Parte* Application, and good cause appearing:

All deadlines and briefing schedules in this action are abated pending resolution of StandWithUs's pending Motion to Consolidate.

**IT IS SO ORDERED.**


Dated: _____, 2024

_____
Stephen V. Wilson
UNITED STATES DISTRICT JUDGE