The Wayback Machine - https://web.archive.org/web/20240607173152/https://goodbricks.or...



# Support Palestinian Youth Organizing!



The **Palestinian Youth Movement** is a grassroots and independent movement of Palestinian and Arab youth struggling toward the liberation of our homeland and our people.

With **14 chapters across North America and Europe**, we work to mobilize our communities through educational programming, campaigns, and projects.

As a grassroots, volunteer-driven organization, we rely on your contributions and the support of our community. All US based contributions are tax-deductible and you will promptly receive your tax deduction information.

We also accept checks payable to "WESPAC Foundation" and mailed to 77 Tarrytown Rd, Suite 2W, White Plains NY 10607. Please indicate"PYM" in the memo line.

*Thank you!*

*Contact: palyouth.usa@gmail.com*

Tax Deductible

**Amount**

| $50 | $100 | $250 | $500 |

$ 50

☐ MONTHLY

☐ Do not display my name publicly

☑ Subscribe to notifications from Palestinian Youth Movement.

☑ I'd like to cover the transaction fee so more of my donation goes to Palestinian Youth Movement

Comments (optional)

Donate $51.50

Pay using a card

Palestinian Youth Movement has partnered with Goodbricks to securely process your online

donation.

Need help? Email support@goodbricks.org

This transaction is subjected to Goodbricks Terms and Privacy Policy.

© 2024 Goodbricks. All rights reserved.