Robert L. Herbst (NYSBN 1333194)
rherbst@herbstlawny.com
HERBST LAW PLLC
420 Lexington Avenue, Suite 300
New York, New York 10170
Tel: 914-450-8163 / Fax: 888-482-4676

Mark Kleiman (SBN 115919)
mark@krlaw.us
KLEIMAN / RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
Tel: 310-392-5455 / Fax: 310-306-8491

Attorneys for Defendant
WESPAC FOUNDATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>CODEPINK, PALESTINIAN YOUTH MOVEMENT, and WESPAC FOUNDATION,<br><br>Defendants. | CASE NO: 2:24-cv-06253-SVW-PVCx<br><br>Honorable Stephen V. Wilson<br>Courtroom 10A<br><br>**DEFENDANT WESPAC FOUNDATION'S REQUEST TO APPEAR BY ZOOM AT THE DECEMBER 9, 2024 HEARING AND DECLARATION OF ROBERT L. HERBST**<br><br>[FILED WITH PROPOSED ORDER]<br><br>**Date:** To be set by the Court<br>**Time:** To be set by the Court<br>**Place:** Courtroom 10A<br>350 W. 1st Street<br>Los Angeles, California 90012<br><br>Complaint Filed: July 24, 2024<br>Trial Date: Not Set |

Defendant WESPAC Foundation ("WESPAC") submits this request for an Order granting its attorney, Robert L. Herbst, admitted *pro hac vice*, leave to appear by Zoom to represent WESPAC at the December 9, 2024 hearing at which two fully-briefed motions are scheduled to be heard: WESPAC's Motion to Dismiss the Complaint, and Plaintiff's Motion to Consolidate this case with *Helmann v. Code Pink Women for Peace, et al.,* No. 24-CV-5704-SVC-PVC.

The reasons for this request are contained in Mr. Herbst's Declaration ("Herbst Decl."), submitted herewith. WESPAC is a small Westchester County, New York, community peace and action group with one full-time employee and a limited budget. Herbst Decl., ¶ 2. No one from WESPAC knew anything about this Temple protest, let alone participate, plan or fund it. *Id.,* ¶ 3. Accordingly, as we noted in our brief opposing consolidation, at 1, this case is a SLAPP suit, brought to harass, intimidate and punish WESPAC for its advocacy in support of Palestinians' right to live free of occupation. *Id.,* ¶ 4. It is one of three such suits, brought against WESPAC solely because of its fiscal sponsorship of Palestinian advocacy organizations like Palestinian Youth Movement here, and for which there is no insurance defense or coverage. WESPAC must bear all of its litigation expenses in these cases itself. *Id.,* ¶ 5.

While a party is generally best served by having its attorney appear personally in the courtroom to argue significant motions like these, the November 25, 2024 status conference, at which most lawyers attended over Zoom by leave of this Court, demonstrated that this Court's Zoom system worked quite well, permitting good communication between counsel and the Court, regardless of whether the attorney speaking was physically in the courtroom or not. *Id.,* ¶ 6. Accordingly, the prospect of savings thousands of dollars in litigation costs by avoiding travel to Los Angeles for the hearing from New York, where Mr. Herbst is located and has his office, prompts us to request leave to appear by Zoom instead. *Id.,* ¶¶ 7-8.

1

DEFENDANT WESPAC FOUNDATION'S REQUEST TO APPEAR BY ZOOM AT THE DECEMBER 9, 2024 HEARING
Case No: 2:24-cv-06253-SVW-PVCx

1 | For the foregoing reasons, WESPAC respectfully requests that this Court grant leave to Mr. Herbst to appear at the December 9, 2024 hearing by Zoom.

Dated:  December 1, 2024         HERBST LAW PLLC

By: /s/ Robert L. Herbst_____
    Robert L. Herbst
    rherbst@herbstlawny.com
    420 Lexington Avenue, Suite 300
    New York, New York 10170
    Tel: 914-450-8163 Fax: 888-482-4676
    Attorneys for Defendant
    WESPAC FOUNDATION

# DECLARATION OF ROBERT L. HERBST

I, Robert L. Herbst, declare as follows pursuant to 28 U.S.C. § 1746 under the penalties of perjury:

1. I am the attorney for WESPAC in this matter, admitted *pro hac vice*. I make this application in support of WESPAC's Request for an Order granting me leave to appear by Zoom at the December 9, 2024 hearing at which two fully-briefed motions are scheduled to be heard: WESPAC's Motion to Dismiss the Complaint, and Plaintiff's Motion to Consolidate this case with *Helmann v. Code Pink Women for Peace, et al.,* No. 24-CV-5704-SVC-PVC.

2. WESPAC is a small Westchester County, New York, community peace and action group with one full-time employee and a limited budget.

3. No one from WESPAC knew anything about this Temple protest before it occurred. WESPAC did not do anything in connection with it – did not participate in it, encourage it, plan it, or fund it.

4. Accordingly, as we noted in our brief opposing consolidation, at 1, this case is a SLAPP suit, brought to harass, intimidate and punish (financially and otherwise) WESPAC for its advocacy in support of Palestinians' human right to live in freedom and dignity rather than under occupation.

5. It is one of three such suits, brought against WESPAC solely because of its fiscal sponsorship of Palestinian advocacy organizations like Palestinian Youth Movement here, and for which there is no insurance defense or coverage. (The other two cases are *Manhart v. AJP Education Foundation, Inc.,* 24-CV-08209, in the Northern District of Illinois, and *Does v. Maryam Alwan, et al.,* Index No. 157032/2024, in the Supreme

Court of the State of New York, New York County). WESPAC must bear all of its litigation costs in these cases itself.

6. The November 25 status conference in this case, at which most lawyers attended over Zoom by leave of Court, demonstrated that this Court's Zoom system works well, permitting good communication between counsel and the Court, regardless of whether the attorney speaking is in the courtroom or on Zoom.

7. Avoiding the need to travel from New York, where I am located and have my office, to Los Angeles for the hearing will save WESPAC thousands of dollars in litigation costs.

8. If the Court prefers to hear oral argument on these motions from all counsel in the courtroom rather than on Zoom, I will be there. But if not, WESPAC respectfully requests that this Court grant me leave to appear at the December 9, 2024 hearing by Zoom.

Dated: December 1, 2024

/s/ Robert L. Herbst_____
Robert L. Herbst

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System

*StandWithUs v. CodePink et al.*
*United States District Court*
*Central District of California*
**Case No.:** 2:24-cv-06253-SVW-PVCx

**DEFENDANT WESPAC FOUNDATION'S REQUEST TO APPEAR BY ZOOM AT THE DECEMBER 9, 2024 HEARING**

I hereby certify on December 1, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF System.

Participants in the case who are registered CM/ECF Users will be served by the CM/ECF System.

Dated:  December 1, 2024            HERBST LAW PLLC

By:  /s/ Robert L. Herbst_____
   Robert L. Herbst
   rherbst@herbstlawny.com
   420 Lexington Avenue, Suite 300
   New York, New York 10170
   Tel: 914-450-8163 Fax: 888-482-4676
   Attorneys for Defendant
   WESPAC FOUNDATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>CODEPINK, PALESTINIAN YOUTH MOVEMENT, and WESPAC FOUNDATION,<br><br>Defendants. | CASE NO: 2:24-cv-06253-SVW-PVCx<br><br>Honorable Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WESPAC FOUNDATION'S REQUEST TO APPEAR BY ZOOM AT THE DECEMBER 9, 2024 HEARING** |

Defendant WESPAC Foundation's Request to appear by Zoom at the December 9, 2024 Hearing, good cause having been shown, is hereby granted.

**IT IS SO ORDERED.**

DATED: December__, 2021

_____
Honorable Stephen V. Wilson
United States District Judge