| | |
|---|---|
| 1 | Robert L. Herbst (NYSBN 1333194) |
| 2 | rherbst@herbstlawny.com<br>HERBST LAW PLLC |
| 3 | 420 Lexington Avenue, Suite 300<br>New York, New York 10170 |
| 4 | Tel: 914-450-8163 / Fax: 888-482-4676 |
| 5 | Mark Kleiman (SBN 115919) |
| 6 | mark@krlaw.us<br>KLEIMAN / RAJARAM |
| 7 | 12121 Wilshire Blvd., Ste. 810<br>Los Angeles, CA 90025 |
| 8 | Tel: 310-392-5455 / Fax: 310-306-8491 |
| 9 | Attorneys for Defendant |
| 10 | WESPAC FOUNDATION |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>CODEPINK, PALESTINIAN YOUTH MOVEMENT, and WESPAC FOUNDATION,<br><br>Defendants. | CASE NO: 2:24-cv-06253-SVW-PVCx<br><br>Honorable Stephen V. Wilson<br>Courtroom 10A<br><br>**DEFENDANT WESPAC FOUNDATION'S REQUEST FOR CLARIFICATION OF DECEMBER 9, 2024 MINUTE ORDER**<br><br>[FILED WITH PROPOSED ORDER]<br><br>**Date:** To be set by the Court<br>**Time:** To be set by the Court<br>**Place:** Courtroom 10A<br>350 W. 1st Street<br>Los Angeles, California 90012<br><br>Complaint Filed: July 24, 2024<br>Trial Date: Not Set |

Defendant WESPAC Foundation ("WESPAC") submits this request for clarification of the December 9, 2024 Minute Order, which directed discovery to commence immediately.

At the December 9 hearing which preceded the Order, counsel for WESPAC noted that WESPAC's motion to dismiss was fully-briefed with a motion date of December 9. The Court stated that the motion to dismiss would not be heard that day, but also that it would decide the motion shortly, and that WESPAC would not be required to submit to discovery if the motion were granted.

WESPAC therefore requests that the Order be clarified to make clear that the discovery to commence immediately will not be directed to WESPAC pending the Court's resolution of WESPAC's motion to dismiss.

Dated: December 13, 2024        HERBST LAW PLLC

By: /s/ Robert L. Herbst
    Robert L. Herbst
    rherbst@herbstlawny.com
    420 Lexington Avenue, Suite 300
    New York, New York 10170
    Tel: 914-450-8163 Fax: 888-482-4676
    Attorneys for Defendant
    WESPAC FOUNDATION

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System

*StandWithUs v. CodePink et al.*
*United States District Court*
*Central District of California*
**Case No.:** 2:24-cv-06253-SVW-PVCx

**DEFENDANT WESPAC FOUNDATION'S REQUEST FOR CLARIFICATION OF THE DECEMBER 9, 2024 MINUTE ORDER**

I hereby certify on December 1, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF System.

Participants in the case who are registered CM/ECF Users will be served by the CM/ECF System.

Dated: December 13, 2024            HERBST LAW PLLC

By: /s/ Robert L. Herbst
    Robert L. Herbst
    rherbst@herbstlawny.com
    420 Lexington Avenue, Suite 300
    New York, New York 10170
    Tel: 914-450-8163 Fax: 888-482-4676
    Attorneys for Defendant
    WESPAC FOUNDATION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>CODEPINK, PALESTINIAN YOUTH MOVEMENT, and WESPAC FOUNDATION,<br><br>Defendants. | CASE NO: 2:24-cv-06253-SVW-PVCx<br><br>Honorable Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WESPAC FOUNDATION'S REQUEST FOR CLARIFICATION OF THE DECEMBER 9, 2024 MINUTE ORDER** |

Defendant WESPAC Foundation's Request for Clarification of the December 9, 2024 Minute Order, good cause having been shown, is hereby granted.

Discovery is not to be directed to WESPAC pending the Court's resolution of WESPAC's motion to dismiss.

**IT IS SO ORDERED.**

DATED: December__, 2021

_____
Honorable Stephen V. Wilson
United States District Judge