UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE,<br><br>                    Plaintiff,<br><br>v.<br><br>CODEPINK, PALESTINIAN YOUTH MOVEMENT, and WESPAC FOUNDATION,<br><br>                    Defendants. | CASE NO: 2:24-cv-06253-SVW-PVCx<br><br>Honorable Stephen V. Wilson<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO RECONSIDER ORDER REGARDING STANDWITHUS COMMENCING DISCOVERY |

Defendants' Joint Motion to Reconsider, good cause having been shown, is hereby granted. Furthermore: _____
_____
_____.

    IT IS SO ORDERED.

DATED: January__, 2025

                                    _____
                                    Honorable Stephen V. Wilson
                                    United States District Judge