1  Robert L. Herbst (NYSBN 1333194)
   rherbst@herbstlawny.com
2  HERBST LAW PLLC
   420 Lexington Avenue, Suite 300
3  New York, New York 10170
   Tel: 914-450-8163 / Fax: 888-482-
4  4676

5  Mark Kleiman (SBN 115919)
   mark@krlaw.us
6  KLEIMAN / RAJARAM
   12121 Wilshire Blvd., Ste. 810
7  Los Angeles, CA  90025
   Tel: 310-392-5455 / Fax: 310-306-
8  8491

9  Attorneys for Defendant
   WESPAC FOUNDATION

10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

14  STANDWITHUS CENTER FOR           CASE NO: 2:24-cv-06253-SVW-PVCx
    LEGAL JUSTICE,
15                                   Honorable Stephen V. Wilson
              Plaintiff,             Courtroom 10A
16
    v.
17                                   **DEFENDANT WESPAC**
                                     **FOUNDATION'S JOINDER IN CO-**
18                                   **DEFENDANTS' MOTION TO**
    CODEPINK, PALESTINIAN            **RECONSIDER ORDER**
19  YOUTH MOVEMENT, and              **COMMENCING DISCOVERY**
    WESPAC FOUNDATION,
20
                                     **Date:    January 27, 2025**
21            Defendants.            **Time:    1:30 p.m.**
                                     **Place:   Courtroom 10A**
22                                   **         350 W. 1st Street**
                                     **         Los Angeles, California 90012**
23
                                     Complaint Filed: July 24, 2024
24                                   Trial Date: Not Set

25

26

27

28

---

DEFENDANT WESPAC FOUNDATION'S JOINDER IN CO-DEFENDANTS' MOTION TO RECONSIDER
ORDER COMMENCING DISCOVERY
Case No:  2:24-cv-06253-SVW-PVCx

Defendant WESPAC Foundation ("WESPAC") respectfully joins in the Motion of Defendants CodePink, Palestinian Youth Movement, Ibrahim and Schirff for Reconsideration of this Court's December 9, 2024 Order commencing discovery.

WESPAC joins in the arguments and authorities in the Motion applicable to all Defendants, including, without limitation, (1) the procedural issues raised by the Court's *sua sponte* discovery order, (2) Plaintiffs' lack of Article III standing and jurisdiction, (3) the failure of the organizational Plaintiff to show organizational injury or a basis to represent any of the individual Plaintiffs, (4) the lack of any basis for any individual Plaintiff to proceed in Anonymous Name, (5) the issues raised by Plaintiffs' new class claims; and (6) Plaintiffs' failure to show that their alleged injuries are fairly traceable to any defendant's alleged wrongdoing, including WESPAC's.

WESPAC has also had occasion to raise two issues applicable to it alone which we respectfully submit should be considered in support of the Motion to Reconsider.  In its Motion to Dismiss Plaintiffs' original Complaint, WESPAC pointed out that Plaintiffs (1) lack personal jurisdiction over it, and (2) fail to plead plausible claims against it.  *See* Doc. 49, 60.  Plaintiffs' Amended Complaint has not cured those fundamental defects, as we will show in our forthcoming Motion to Dismiss the Amended Complaint.  Those issues should be and typically are resolved prior to the commencement of discovery.  It would clearly be unjust to subject any defendant to the huge expense and inconvenience of discovery if a plaintiff either lacks jurisdiction over that defendant or has failed to state claims against it upon which relief can be granted.

For these reasons and those set forth in Co-Defendants' Motion to Reconsider, WESPAC respectfully requests that Reconsideration of the December

DEFENDANT WESPAC FOUNDATION'S JOINDER IN CO-DEFENDANTS' MOTION TO RECONSIDER
ORDER COMMENCING DISCOVERY
Case No:  2:24-cv-06253-SVW-PVCx

1   9, 2024 Order commencing discovery be granted, together with such additional

2   relief as the Court may deem appropriate and proper.

3

4   Dated:  December 24, 2024              HERBST LAW PLLC

5

6                                         By:_/s/ Robert L. Herbst_____

7                                               Robert L. Herbst
                                                rherbst@herbstlawny.com
8                                               420 Lexington Avenue, Suite 300
                                                New York, New York 10170
9                                               Tel: 914-450-8163 Fax: 888-482-4676

10                                              Attorneys for Defendant
                                                WESPAC FOUNDATION
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
DEFENDANT WESPAC FOUNDATION'S JOINDER IN CO-DEFENDANTS' MOTION TO RECONSIDER
ORDER COMMENCING DISCOVERY
Case No:  2:24-cv-06253-SVW-PVCx