Thomas B. Harvey (SBN 287198)
tbhlegal@proton.me
LAW OFFICES OF THOMAS B. HARVEY
365 E. Avenida de Los Arboles
Suite 226
Thousand Oaks, CA 91360
(805)768-4440

Attorney for Defendants
PALESTINIAN YOUTH MOVEMENT


Mark Kleiman (SBN 115919)
mark@krlaw.us
KLEIMAN / RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA  90025
Tel: 310-392-5455
Fax: 310-306-8491

Collin Poirot (NY 5673405)
(*pro hac vice*)
cpoirot.law@gmail.com
2603 Oak Lawn, Suite 300
Dallas, TX 75219
Tel: 214-392-2281

Attorneys for Defendant
CODEPINK

DEFENDANTS' REQUEST TO CONTINUE HEARING DATE FOR MOTION TO RECONSIDER
Case No:  2:24-cv-06253-SVW-PVC StandWithUs Center for Legal Justice v. CodePink et al

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE,<br><br>    Plaintiff,<br><br>v.<br><br>CODEPINK, PALESTINIAN YOUTH MOVEMENT, and WESPAC FOUNDATION,<br><br>    Defendants. | CASE NO: 2:24-cv-06253-SVW-PVCx<br><br>Honorable Stephen V. Wilson<br>Courtroom 10A<br><br>**DEFENDANTS' REQUEST TO CONTINUE HEARING DATE FOR MOTION TO RECONSIDER ORDER COMMENCING DISCOVERY WITHOUT ADJUDICATING PENDING MOTIONS TO DISMISS**<br><br>Date:  To be set by the Court (at least two weeks from previous date of January 27, 2025)<br>Time:  To be set by the Court<br>Place:  Courtroom 10A<br>         350 W. 1st Street<br>         Los Angeles, California 90012<br><br>Complaint Filed: July 24, 2024<br>Trial Date: Not Set |

2

DEFENDANTS' REQUEST TO CONTINUE HEARING DATE FOR MOTION TO RECONSIDER
Case No: 2:24-cv-06253-SVW-PVC StandWithUs Center for Legal Justice v. CodePink et al

**PLEASE TAKE NOTICE THAT** on *******, February xx, 2025, at **** p.m. or as soon thereafter as counsel may be hearing in the courtroom of the Honorable Stephen V. Wilson, located in Courtroom 110* of the United States Courthouse, 350 West 1st Street, 10th Floor, Defendants CODEPINK Women for Peace and CODEPINK ACTION FUND, and Defendants Palestinian Youth Movement, Lena Schirf, and Remo Ibrahim will and do bring a Motion for Reconsideration of this Court's order on December 9, 2024, that discovery in this action should commence.

Dated: January 2, 2025   By:   /s/ Thomas B. Harvey
Thomas B. Harvey
LAW OFFICES OF THOMAS B. HARVEY
365 E. Avenida de Los Arboles
Suite 226
Thousand Oaks, CA 91360

/s/ Mark Kleiman
Mark Kleiman (SBN 115919)
*Counsel for CodePink*
mark@krlaw.us
KLEIMAN / RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
Tel: 310-392-5455
Fax: 310-306-8491

Collin Poirot, Esq.
(*pro hac vice*)
*Counsel for CodePink*

3
DEFENDANTS' REQUEST TO CONTINUE HEARING DATE FOR MOTION TO RECONSIDER
Case No: 2:24-cv-06253-SVW-PVC StandWithUs Center for Legal Justice v. CodePink et al

cpoirot.law@gmail.com
2603 Oak Lawn, Suite 300
Dallas, TX 75219
214-392-2281

## DECLARATION OF THOMAS B. HARVEY

I, Thomas B. Harvey, declare as follows pursuant to 28 U.S.C. § 1746 under penalty of perjury:

1. I represent Palestinian Youth Movement (PYM), Remo Ibrahim, and Lena Schirf in the following two cases: *Helmann v. CodePink Women for Peace, et. al.*, No. 2:24-CV-5704-SVC-PVC, and *StandWithUs Center for Legal Justice v. CodePink et. al.*, No. 2:24-cv-06253-SVW-PVC.

2. I am making this declaration in support of Defendants' Joint Request to Continue Hearing on their Joint Motion to Reconsider.

3. On December 23, 2024, Defendants filed their Joint Motion to Reconsider Order Commencing Discovery in *Helmann v. CodePink Women for Peace, et. al.*, No. 2:24-CV-5704-SVC-PVC, and *StandWithUs Center for Legal Justice v. CodePink et. al.*, No. 2:24-cv-06253-SVW-PVC.

4. Defendants met and conferred with counsel in *Helmann.* Defendants were unable to meet and confer with counsel in *StandWithUs*.

5. Counsel for Defendants, Mark Kleiman, stated this in his declaration in support of the Joint Motion to Reconsider.

6. After the filing of the Joint Motion to Reconsider, counsel for Plaintiffs noted this and requested a meeting with counsel for Defendants in emails on December 23rd and 24th, 2024.

7. After discussion by email over the course of the next four days, accounting for holiday vacation schedules, parties agreed to meet and confer as soon as possible, on January 2nd or 3rd, 2025.

8. Parties jointly agreed to move the hearing date for Defendants' Joint Motion to Reconsider at least two weeks from its scheduled date of January 27, 2025 so that this motion is fully in compliance with L.R. 7-3.

Dated: January 2, 2025.   /s/ Thomas B. Harvey
                          Thomas B. Harvey

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE,<br><br>Plaintiff,<br><br>v.<br><br>CODEPINK, PALESTINIAN YOUTH MOVEMENT, and WESPAC FOUNDATION,<br><br>Defendants. | CASE NO: 2:24-cv-06253-SVW-PVCx<br><br>Honorable Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT REQUEST TO CONTINUE HEARING FOR MOTION TO RECONSIDER ORDER COMMENCING DISCOVERY WITHOUT ADJUDICATING PENDING MOTIONS TO DISMISS** |

Defendants' Joint Request to Continue Hearing Date, good cause having been shown, is hereby granted. The hearing is now scheduled for February [xxx], 2025 at 1:30 PM.

**IT IS SO ORDERED.**

DATED: January__, 2025

_____
Honorable Stephen V. Wilson
United States District Judge

7
DEFENDANTS' REQUEST TO CONTINUE HEARING DATE FOR MOTION TO RECONSIDER
Case No: 2:24-cv-06253-SVW-PVC StandWithUs Center for Legal Justice v. CodePink et al