1  GIPSON HOFFMAN & PANCIONE
   A Professional Corporation
2  DANIEL R. PALUCH (State Bar No. 287231)
   *dpaluch@ghplaw.com*
3  1901 Avenue of the Stars, Suite 1100
   Los Angeles, California 90067-6002
4  Telephone: (310) 556-4660
   Facsimile:  (310) 556-8945
5
6  Attorneys for Plaintiffs and Class Members
7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| NOAH POLLAK, on behalf of all others similarly situated, and STANDWITHUS CENTER FOR LEGAL JUSTICE,<br><br>Plaintiffs,<br><br>v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity; CODEPINK ACTION FUND, a California entity; WESPAC FOUNDATION, a New York entity; HONOR THE EARTH, a Minnesota entity; COURTNEY LENNA SCHIRF; REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT; PALESTINIAN YOUTH MOVEMENT; and DOES #1-100,<br><br>Defendants. | CASE NO.: 2:24-cv-06253-SVW-PVC<br><br>**DECLARATION OF DANIEL R. PALUCH IN SUPPORT OF OPPOSITION TO MOTION FOR RECONSIDERATION OF ORDER REGARDING STANDWITHUS COMMENCING DISCOVERY**<br><br>Date:  January 27, 2025<br>Time:  1:30 p.m.<br>Ctrm:  10A |

I, Daniel R. Paluch, hereby state and declare:

1. I am over the age of 18 and have personal knowledge of the matters contained herein and if called to testify, would do so competently.

2. I am a member of the Bar of the State of California and am a Partner at the law firm of Gipson Hoffman & Pancione APC, attorneys for Plaintiffs and Class Members ("Plaintiffs") in the above captioned action. Except where stated, I have personal knowledge of the facts outlined below and, if called to testify, could and would competently testify thereto.

3. I appeared at the December 9, 2024 hearing in this matter in person.

4. Immediately after the hearing, I left the courtroom.

5. When I walked out of the courtroom and into the hallway immediately outside, Mark Kleiman, counsel for Defendants CodePink and WesPac, was standing there talking to my co-counsel, Dallin Holt and Edward Wenger. Also there were other counsel for Defendants.

6. During the conversation with us, Mr. Kleiman informed us that Defendants intended to file a motion for reconsideration regarding the order the Court had just made to open discovery in this case.

7. Although Mr. Kleiman informed me on December 9, 2024 that he intended to file a motion for reconsideration, he did not meet-and-confer in advance of filing that motion.

8. Counsel for Defendants WesPac similarly did not meet-and-confer with Plaintiffs before filing their most recently-filed motion to dismiss.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 6th day of January, 2025 in Los Angeles, California.

*/s/Daniel R. Paluch*
Daniel R. Paluch