# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-05704-SVW-PVC<br>2:24-cv-06253-SVW-PVC | Date | January 8, 2025 |
|---|---|---|---|
| Title | Ronen Helmann v. Codepink Women for Peace et al<br>StandWithUs Center for Legal Justice v. CodePink et al | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER

    In light of the First Amended Complaint and subsequent filing of WesPac's Motion to Dismiss, the Court's previous order to commence discovery immediately is vacated until a decision is reached on responsive motions to the First Amended Complaint. This order renders moot the Motion for Reconsideration in this matter and the related case; the hearings currently set for those motions are also vacated.

|  | : |
|---|---|
| Initials of Preparer | PMC |