UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| STANDWITHUS CENTER FOR LEGAL JUSTICE<br><br>Plaintiff(s)<br><br>v.<br><br>CODEPINK, PALESTINIAN YOUTH MOVEMENT, AND WESPAC FOUNDATION<br><br>Defendant(s) | CASE NUMBER<br><br>2:24-cv-06253<br><br>(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
|---|---|

☒ The Court hereby orders that the request of:

WESPAC Foundation    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

☒ to substitute  Ramsey Judah, Local Counsel    who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

1026 Foothill Blvd
*Street Address*

Upland, CA 91786            ramsey@JudahLawGroup.com
*City, State, Zip*           *E-Mail Address*

626 899 7667                 342300
*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record instead of  Mark Kleiman, Local Counsel
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☐ **GRANTED**  ☐ **DENIED**

☐ The Court hereby orders that the request of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for _____

**is hereby** ☐ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated _____    _____
U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)    (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY