# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| STANDWITHUS CENTER FOR LEGAL JUSTICE<br><br>Plaintiff(s)<br><br>v.<br><br>CODEPINK, PALESTINIAN YOUTH MOVEMENT, AND WESPAC FOUNDATION<br><br>Defendant(s) | CASE NUMBER<br><br>2:24-cv-06253<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
|---|---|

☒ The Court hereby orders that the request of:

**WESPAC Foundation**  ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

☒ to substitute **Ramsey Judah, Local Counsel** who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

**1026 Foothill Blvd**
*Street Address*

**Upland, CA 91786**           **ramsey@JudahLawGroup.com**
*City, State, Zip*                  *E-Mail Address*

**626 899 7667**                  **342300**
*Telephone Number*    *Fax Number*      *State Bar Number*

as attorney of record instead of **Mark Kleiman, Local Counsel**
*List all attorneys from same firm or agency who are withdrawing.*

is hereby ☒ GRANTED  ☐ DENIED

☐ The Court hereby orders that the request of _____
*List all attorneys from same firm or agency who are withdrawing.*

_____

to withdraw as attorney of record for _____
is hereby ☐ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated **January 15, 2025**          _/s/ Stephen V. Wilson_
                                                     U. S. District Judge/~~U.S. Magistrate Judge~~

G-01 ORDER (02/24)  (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY