Mark Kleiman (SBN 115919)
mark@krlaw.us
KLEIMAN / RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA  90025
Tel: 310-392-5455 / Fax: 310-306-8491

Collin Poirot (NY 5673405)
*(pro hac vice)*
cpoirot.law@gmail.com
2603 Oak Lawn, Suite 300
Dallas TX  75219
214-392-2281

Attorneys for Defendants
CODEPINK WOMEN FOR PEACE
CODEPINK ACTION FUND

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NOAH POLLAK, on behalf of all others similarly situated, and STANDWITHUS CENTER FOR LEGAL JUSTICE<br><br>Plaintiffs,<br><br>v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity; CODEPINK ACTION FUND, a California entity; HONOR THE EARTH, a Minnesota entity; COURTNEY LENNA SCHIRF; REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT; and JOHN AND JANE DOES 1-100,<br><br>Defendants. | Case No. 2:24-cv-06253-SVW-PVC<br><br>DECLARATION OF MARK KLEIMAN IN SUPPORT OF CODEPINK DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT<br><br>Judge:  Hon Stephen V. Wilson<br>Hearing Date:  February 24, 2025<br>Time:  1:30 p.m.<br>Courtroom:  10A |

# DECLARATION OF MARK KLEIMAN

I, Mark Allen Kleiman, declare the following under penalty of perjury pursuant to 28 U.S.C. §1746.

1. I am an attorney at law licensed to practice before this Court and all courts in in the State of California, and am cocounsel for the defendants herein. If called upon to do so, I would and would testify competently to the following:

2. On January 10, 2025 I participated in a Zoom conference with several of plaintiffs' counsel to discuss the defects in plaintiffs' First Amended Complaint. (Since several of the lawyers for various parties live in other states an in-person meeting was not practicable.)

3. One of the matters we raised with plaintiffs was the anonymous naming of SCLJ Members 1-7.

4. Plaintiffs' counsel claimed that SCLJ Members 1-7 are not plaintiffs.

5. I pointed out that they are enumerated at ¶¶ 33-39 in the section titled "PARTIES" and the subsection titled "A. The Plaintiffs" and asked that if they were truly not plaintiffs, they be removed from the section of the FAC designating them as such.

6. Although Plaintiffs' counsel said they would consider this, they have refused to remove them from this section of the FAC.

Executed January 21, 2025, at Los Angeles, California.

/s/ Mark Kleiman
_____
Mark Kleiman