Thomas B. Harvey (SBN 287198)
tbhlegal@proton.me
LAW OFFICES OF THOMAS B. HARVEY
365 E. Avenida de Los Arboles
Suite 226
Thousand Oaks, CA 91360
(805)768-4440

Attorney for Defendants
PALESTINIAN YOUTH MOVEMENT
COURTNEY LENNA SCHIRF
REMO IBRAHIM

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NOAH POLLAK, on behalf of all others similarly situated, and STANDWITHUS CENTER FOR LEGAL JUSTICE<br><br>Plaintiffs,<br><br>v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity; CODEPINK ACTION FUND, a California entity; HONOR THE EARTH, a Minnesota entity; COURTNEY LENNA SCHIRF; REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT; and JOHN AND JANE DOES 1-100,<br><br>Defendants. | Case No. 2:24-cv-06253-SVW-PVC<br><br>NOTICE OF ERRATA TO DEFENDANTS PALESTINIAN YOUTH MOVEMENT, COURTNEY LENNA SCHIRF, AND REMO IBRAHIM'S, NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT<br><br>Judge: Hon Stephen V. Wilson<br>Hearing Date: February 24, 2025<br>Time: 1:30 p.m.<br>Courtroom: 10A |

## NOTICE OF ERRATA

Counsel for Defendants Palestinian Youth Movement, Courtney Schirf, and Remo Ibrahim respectfully submits this errata to its Notice of Motion and Memorandum in On Points and Authorities In Support of Defendants' Motion to Dismiss Plaintiffs' First Amended Class Action Complaint ("Motion to Dismiss") which was filed on January 21, 2025, at Docket No. 90, in order to correct an error. Counsel for Defense inadvertently filed a draft version of the Motion to Dismiss. Counsel for Defendants is concurrently filing a corrected Motion to Dismiss that corrects this mistake.

Respectfully submitted,

Dated:  January 21, 2025     LAW OFFICES OF THOMAS B. HARVEY

By:__/s/___Thomas B. Harvey_____
      Thomas B. Harvey

Attorney for Defendants
PALESTINIAN YOUTH MOVEMENT
COURTNEY LENNA SCHIRF
REMO IBRAHIM