| | |
|---|---|
| 1 | GIPSON HOFFMAN & PANCIONE |
| | A Professional Corporation |
| 2 | DANIEL R. PALUCH (State Bar No. 287231) |
| | *dpaluch@ghplaw.com* |
| 3 | 1901 Avenue of the Stars, Suite 1100 |
| | Los Angeles, California 90067-6002 |
| 4 | Telephone: (310) 556-4660 |
| | Facsimile:  (310) 556-8945 |
| 5 | |
| 6 | Attorneys for Plaintiffs and Class Members |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH POLLAK, on behalf of all others similarly situated, and STANDWITHUS CENTER FOR LEGAL JUSTICE, <br><br> Plaintiffs, <br><br> v. <br><br> CODEPINK WOMEN FOR PEACE, et al., <br><br> Defendants. | CASE NO.: 2:24-cv-06253-SVW-PVC <br><br> **NOTICE OF INTERESTED PARTIES FILED ON BEHALF OF NOAH POLLAK** |

| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Daniel R. Paluch (SBN 287231)<br>GIPSON HOFFMAN & PACIONE<br>1901 Avenue of the Stars, Suite 1100<br>Los Angeles, CA  90067<br>(310) 556-4660 | |
| ATTORNEY(S) FOR:  Plaintiff NOAH POLLAK | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| NOAH POLLAK, on behalf of all others similarly situated, et al.,<br><br>Plaintiff(s),<br>v.<br>CODEPINK WOMEN FOR PEACE, et al.,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:24-cv-06253-SVW-PVC<br><br>**CERTIFICATION AND NOTICE**<br>**OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff NOAH POLLAK_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Noah Pollak | Plaintiff |
| StandWithUs Center for Legal Justice | Plaintiff |
| CodePink Women for Peace | Defendant |
| CodePink Action Fund | Defendant |
| WesPac Foundation | Defendant |
| Honor the Earth | Defendant |
| Courtney Lenna Schirf | Defendant |
| Remo Ibrahim d/b/a Palestinian Youth Movement | Defendant |
| Palestinian Youth Movement | Defendant |

January 22, 2025
Date

_[signature]_
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff NOAH POLLAK