| | |
|---|---|
| 1 | Robert L. Herbst (NYSBN 1333194) |
| 2 | rherbst@herbstlawny.com<br>HERBST LAW PLLC |
| 3 | 420 Lexington Avenue, Suite 300<br>New York, New York 10170 |
| 4 | Tel: 914-450-8163 / Fax: 888-482-4676 |
| 5 | Ramsey Judah (SBN 342300) |
| 6 | ramsey@judahlawgroup.com<br>JUDAH LAW GROUP |
| 7 | 1026 W. Foothill Blvd<br>Upland, CA 91786 |
| 8 | Tel: 626-899-7667 |
| 9 | Attorneys for Defendant<br>WESPAC FOUNDATION |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH POLLAK, on behalf of all others similarly situated, and STANDWITHUS CENTER FOR LEGAL JUSTICE,<br><br>        Plaintiffs,<br><br>v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity; CODEPINK ACTION FUND, a California entity; WESPAC FOUNDATION, a New York entity; HONOR THE EARTH, a Minnesota entity; COURTNEY LENNA SCHIRF; REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT; PALESTINIAN YOUTH MOVEMENT; and DOES #1-100,<br><br>        Defendants. | CASE NO: 2:24-cv-06253-SVW-PVCx<br><br>Honorable Stephen V. Wilson<br>Courtroom 10A<br><br>**DEFENDANT WESPAC FOUNDATION'S REQUEST TO APPEAR BY ZOOM AT THE FEBRUARY 3, 2025 HEARING**<br><br>[FILED WITH PROPOSED ORDER]<br><br>**Date:    February 3, 2025<br>Time:    1:30 p.m.<br>Place:   Courtroom 10A<br>             350 W. 1st Street<br>             Los Angeles, California 90012**<br><br>Complaint Filed: July 24, 2024<br>Trial Date: Not Set |

---

DEFENDANT WESPAC FOUNDATION'S REQUEST TO APPEAR BY ZOOM AT THE FEBRUARY 3, 2025 HEARING
Case No: 2:24-cv-06253-SVW-PVCx

1  Defendant WESPAC Foundation ("WESPAC") submits this Request for an Order granting its attorney, Robert L. Herbst, admitted *pro hac vice*, leave to appear by Zoom to represent WESPAC at the February 3, 2025 hearing at which its fully-briefed motion to dismiss is scheduled to be heard.

The reasons for this Request are contained in a similar Request made by Mr. Herbst and WESPAC for leave to appear by Zoom at the December 9, 2024 hearing earlier in this case, and the Herbst Declaration annexed thereto. Doc. 65. This Court kindly granted that Request. We incorporate herein that Request and Declaration, and the reasons contained therein, which have not materially changed.

For those reasons, WESPAC respectfully requests that this Court grant leave to Mr. Herbst to appear at the February 3, 2025 hearing by Zoom.

Dated: January 27, 2025        HERBST LAW PLLC

By: /s/ Robert L. Herbst_____
    Robert L. Herbst
    rherbst@herbstlawny.com
    420 Lexington Avenue, Suite 300
    New York, New York 10170
    Tel: 914-450-8163 Fax: 888-482-4676
    Attorneys for Defendant
    WESPAC FOUNDATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH POLLAK, on behalf of all others similarly situated, and STANDWITHUS CENTER FOR LEGAL JUSTICE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br><br>CODEPINK, PALESTINIAN YOUTH MOVEMENT, and WESPAC FOUNDATION,<br><br>　　　　Defendants. | CASE NO: 2:24-cv-06253-SVW-PVCx<br><br>Honorable Stephen V. Wilson<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WESPAC FOUNDATION'S REQUEST TO APPEAR BY ZOOM AT THE FEBRUARY 3, 2025 HEARING** |

Defendant WESPAC Foundation's Request to appear by Zoom at the February 3, 2025 Hearing, good cause having been shown, is hereby granted.

**IT IS SO ORDERED.**

DATED: January__, 2025

_____
Honorable Stephen V. Wilson
United States District Judge