1  Thomas B. Harvey (SBN 287198)
   tbhlegal@proton.me
2  LAW OFFICES OF THOMAS B. HARVEY
   365 E. Avenida de Los Arboles
3  Suite 226
   Thousand Oaks, CA 91360
4  (805)768-4440

5  Attorney for Defendants
   PALESTINIAN YOUTH MOVEMENT
6  COURTNEY LENNA SCHIRF
   REMO IBRAHIM

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NOAH POLLAK, on behalf of all others similarly situated, and STANDWITHUS CENTER FOR LEGAL JUSTICE<br><br>Plaintiffs,<br><br>v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity; CODEPINK ACTION FUND, a California entity; HONOR THE EARTH, a Minnesota entity; COURTNEY LENNA SCHIRF; REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT; and JOHN AND JANE DOES 1-100,<br><br>Defendants. | Case No. 2:24-cv-06253-SVW-PVC<br><br>NOTICE OF ERRATA TO DEFENDANTS PALESTINIAN YOUTH MOVEMENT, COURTNEY LENNA SCHIRF, AND REMO IBRAHIM'S PREVIOUSLY CORRECTED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT<br><br>Judge: Hon Stephen V. Wilson<br>Hearing Date: March 3, 2025<br>Time: 1:30 p.m.<br>Courtroom: 10A |

1
DEFENDANTS' PALESTINIAN YOUTH MOVEMENT, COURTNEY SCHIRF, AND REMO IBRAHIM'S
ERRATA TO ITS NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS
ACTION COMPLAINT

# NOTICE OF ERRATA

Counsel for Defendants Palestinian Youth Movement, Courtney Schirf, and Remo Ibrahim respectfully submits this errata to its previously corrected Notice of Motion and Memorandum in On Points and Authorities In Support of Defendants' Motion to Dismiss Plaintiffs' First Amended Class Action Complaint ("Motion to Dismiss") which was filed on January 21, 2025, at Docket No. 92.

After Palestinian Youth Movement Defendants filed their motions to dismiss counsel for Plaintiff Pollak pointed out that we had omitted the certification required by L.R. 11-6.2 and that the memorandum exceeded the word limit required by L.R. 11-6.1. PYM Defendants therefore file this corrected brief rectifying the omission and error. No new arguments have been added to this Corrected brief.

Counsel for PYM Defendants apologize for this error.

Respectfully submitted,

Dated:  January 27, 2025          LAW OFFICES OF THOMAS B. HARVEY


By:__/s/___Thomas B. Harvey_____
Thomas B. Harvey

Attorney for Defendants
PALESTINIAN YOUTH MOVEMENT
COURTNEY LENNA SCHIRF
REMO IBRAHIM