Mark Kleiman (SBN 115919)
mark@krlaw.us
KLEIMAN / RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA 90025
Tel: 310-392-5455 / Fax: 310-306-8491

Collin Poirot (NY 5673405)
*(pro hac vice)*
cpoirot.law@gmail.com
2603 Oak Lawn, Suite 300
Dallas TX 75219
214-392-2281

Attorneys for Defendants
CODEPINK WOMEN FOR PEACE
CODEPINK ACTION FUND

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NOAH POLLAK, on behalf of all others similarly situated, and STANDWITHUS CENTER FOR LEGAL JUSTICE<br><br>Plaintiffs,<br><br>v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity; CODEPINK ACTION FUND, a California entity; HONOR THE EARTH, a Minnesota entity; COURTNEY LENNA SCHIRF; REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT; and JOHN AND JANE DOES 1-100,<br><br>Defendants. | Case No. 2:24-cv-06253-SVW-PVC<br><br>NOTICE OF ERRATA<br><br>Judge: Hon Stephen V. Wilson<br>Hearing Date: February 24, 2025<br>Time: 1:30 p.m.<br>Courtroom: 10A |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTE:

After CodePink Defendants filed their motions to dismiss, counsel for Plaintiff Pollak pointed out that we had omitted the certification required by L.R. 11-6.2 and that the memorandum exceeded the word limit required by L.R. 11-6.1. CodePink Defendants therefore file this corrected brief rectifying the omission and error. None of the prior arguments have been changed and no authority cited has been added to this Corrected brief.

Counsel for CodePink Defendants apologize for this error.

Respectfully submitted,

Dated: January 27, 2025          KLEIMAN / RAJARAM

By: /s/ Mark Kleiman
    Mark Kleiman

Attorneys for Defendants
CODEPINK WOMEN FOR PEACE
CODEPINK ACTION FUND