GIPSON HOFFMAN & PANCIONE
A Professional Corporation
DANIEL R. PALUCH (State Bar No. 287231)
*dpaluch@ghplaw.com*
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
Telephone: (310) 556-4660
Facsimile: (310) 556-8945

Attorneys for Plaintiffs and Class Members

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH POLLAK, on behalf of all others similarly situated, and STANDWITHUS CENTER FOR LEGAL JUSTICE,<br><br>Plaintiffs,<br><br>v.<br><br>CODEPINK WOMEN FOR PEACE, et al.,<br><br>Defendants. | CASE NO.: 2:24-cv-06253-SVW-PVC<br><br>Honorable Stephen V. Wilson<br>Courtroom 10A<br><br>**PLAINTIFF STANDWITHUS CENTER FOR LEGAL JUSTICE'S REQUEST FOR DANIEL R. PALUCH TO APPEAR BY ZOOM AT THE FEBRUARY 3, 2025 HEARING; DECLARATION OF DANIEL R. PALUCH**<br><br>[FILED WITH PROPOSED ORDER]<br><br>Date:    February 3, 2025<br>Time:    1:30 p.m.<br>Place:   Courtroom 10A<br>             350 W. 1st Street<br>             Los Angeles, CA  90012<br><br>Complaint Filed: July 24, 2024<br>Trial Date: Not Set |

Plaintiff STANDWITHUS CENTER FOR LEGAL JUSTICE ("STANDWITHUS") submits this Request for an Order granting its attorney, Daniel R. Paluch, leave to appear by Zoom to represent STANDWITHUS at the February 3, 2025 hearing regarding Defendant WestPac Foundation's ("WestPac") Motion to Dismiss.

The reasons for this Request are contained in the Declaration of Daniel R. Paluch ("Paluch Decl."), submitted herewith. Stated briefly, WestPac's Motion is set to be heard on February 3, 2025, at a time when Mr. Paluch must be physically present in Florida for work-related commitments that arose prior to the filing of WestPac's Motion. (Paluch Decl., ¶ 2.) Accordingly, Mr. Paluch is unable to be physically present in Court at the time of WestPac's Motion hearing. (*Id*.) Nonetheless, other counsel for STANDWITHUS, who will be arguing the Motion on STANDWITHUS's behalf, will be physically present in Court for the hearing. (*Id*., ¶ 3.)

For these reasons, STANDWITHUS respectfully requests that this court grant leave to Mr. Paluch to appear at the February 3, 2025 hearing by Zoom.

Respectfully submitted,

Dated: January 27, 2025

GIPSON HOFFMAN & PANCIONE
A Professional Corporation

*/s/Daniel R. Paluch*
DANIEL R. PALUCH
Attorneys for Plaintiffs and Class Members

## DECLARATION OF DANIEL R. PALUCH

I, Daniel R. Paluch, declare as follows pursuant to 28 U.S.C. § 1746 under the penalties of perjury:

1. I am an attorney for STANDWITHUS in this matter. I make this application in support of STANDWITHUS's application for an order granting me leave to appear by Zoom at the February 3, 2025 hearing on WestPac's Motion to Dismiss.

2. At the time WestPac filed its Motion, I had already made the commitment to attend a work-related conference in Florida that is scheduled to run from February 2 through February 4. Given that pre-existing commitment, I cannot be present in person in Los Angeles for a hearing in this matter on February 3, 2025.

3. While I cannot be physically present, another attorney of record for STANDWITHUS will be appearing in Court in person on February 3, 2025 to oppose WestPac's Motion.

Dated: January 27, 2025

GIPSON HOFFMAN & PANCIONE
A Professional Corporation


*/s/Daniel R. Paluch*
DANIEL R. PALUCH
Attorneys for Plaintiffs and Class Members