HOLTZMAN VOGEL BARAN TORCHINSKY
& JOSEFIAK PLLC
Dallin B. Holt (*Pro Hac Vice*)
dholt@holtzmanvogel.com
2555 East Camelback Road, Ste. 700
Phoenix, AZ 85016
Telephone: (602) 388-1262
Facsimile: (549) 341-8809

Attorneys for Plaintiffs and Class Members

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH POLLAK, on behalf of all others similarly situated, and STANDWITHUS CENTER FOR LEGAL JUSTICE,<br><br>Plaintiffs,<br><br>v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity; CODEPINK ACTION FUND, a California entity; WESPAC FOUNDATION, a New York entity; HONOR THE EARTH, a Minnesota entity; COURTNEY LENNA SCHIRF; REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT; PALESTINIAN YOUTH MOVEMENT; and DOES #1-100,<br><br>Defendants. | CASE NO.: 2:24-cv-06253-SVW-PVC<br><br>Honorable Stephen V. Wilson<br>Courtroom 10A<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** |

## REQUEST FOR JUDICIAL NOTICE

Plaintiffs Noah Pollak and StandWithUs Center for Legal Justice, in support of their claims for relief and their oppositions to Defendants' motions to dismiss, hereby request that the Court take judicial notice of the legal filing attached hereto as Exhibit 1.

Exhibit 1 is Declaration of Alex G. Romain, counsel for the Tides Foundation, filed in a case pending in Los Angeles Superior Court, *Black Lives Matter Global Network Foundation, Inc. v. Tides Foundation, et al.*, Case No. 24STCV11342, and includes, in pertinent part, Exhibit 1 to the Declaration of Alex G. Romain, which is a true and correct copy of the June 26, 2020 Memorandum of Understanding for the Fiscal Sponsorship Fund (hereafter the "Tides Fiscal Sponsorship MOU") signed by Tides Center and Kailee Scales on behalf of the Black Lives Matter Global Network Project.

The Tides Fiscal Sponsorship MOU was quoted on the record in the February 10, 2025 hearing on Defendant WESPAC's Motion to Dismiss. The Tides Fiscal Sponsorship MOU is relevant because, in its Reply in Support of WESPAC's Motion to Dismiss, Doc. 88 at 6, WESPAC quotes a Tides Foundation whitepaper on the different types of fiscal sponsorships which states that "half of fiscal sponsors say they have full discretion and control over project funds . . . ."

Here, the Tides Fiscal Sponsorship MOU, filed by counsel for the Tides Foundation in a matter pending in Los Angeles Superior Court, shows that the Tides Foundation, the whitepaper organization referenced by WESPAC in its Reply, has an "integrated entity" fiscal sponsor arrangement with Black Lives Matter ("Projects carry out programmatic activities which contribute to the Tides Center's mission. A project of the Tides Center is not a discrete entity; rather it is a constituent part of the Tides Center's corporate structure."). The "project" is the unaffiliated association, such as PYM. The specific type of fiscal sponsor relationship created in the Tides Fiscal Sponsorship MOU—the Direct Model—is

the exact same type of arrangement Plaintiffs alleged that WESPAC has with PYM. See Am Compl., ¶¶ 130-137 (" . . . WESPAC's fiscal-sponsorship agreement with PYM operated under the "Direct Model," whereby WESPAC directly received donations for PYM, which caused PYM to become an integrated part of WESPAC with no separate legal entity.")

Further, additional portions of the Tides Fiscal Sponsorship MOU are nearly identical to the alleged terms of the WESPAC and PYM fiscal-sponsorship arrangement. *See id.* These additional terms include:

- "Tides Administrative Offices [] manages the projects and has authority to set and change policies at any time";
- "[Tides Administrative Offices] provides project management, financial, and human resources services";
- "Tides Center is the employer of all staff members of all projects, with full decision making authority for hiring and termination of project employees. Tides Center has the responsibility for all activities of the projects and, as part of this role, must review and approve all contracts, loans, publications, copyrights, and other legal documents";
- "The Tides Center Board of Directors has full governing authority over and full legal and fiduciary responsibility for all projects."

## BASIS FOR REQUESTING JUDICIAL NOTICE

Courts in the Ninth Circuit, and in the Central District of California specifically, hold that courts may take judicial notice of filings in other state or federal court filings pursuant to Federal Rule of Evidence 201. *See, e.g., McVey v. McVey*, 26 F. Supp. 3d 980, 984 (C.D. Cal. 2014); *Vasserman v. Henry Mayo Newhall Mem'l Hosp.*, 65 F. Supp. 3d 932, 942-43 (C.D. Cal. 2014). Here, the accuracy of the Tides Fiscal Sponsorship MOU cannot reasonably be questioned as it was filed by, and was accompanied with a supporting declaration from, counsel for the Tides Foundation in a California state court, under penalty of perjury.

As such, the Court can take judicial notice of the Tides Fiscal Sponsorship MOU.

Dated: February 11, 2025                    Respectfully Submitted,

/s/ Dallin B. Holt
Dallin B. Holt*
dholt@holtzmanvogel.com
Holtzman Vogel Baran Torchinsky and Josefiak PLLC
2555 East Camelback Rd, Ste 700
Phoenix, AZ 85016
Telephone: (602) 388-1262
Fax: (549) 341-8809

Jason B. Torchinsky*
jtorchinsky@holtzmanvogel.com
Edward M. Wenger*
emwenger@holtzmanvogel.com
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK, PLLC
2300 N Street NW, Suite 643
Washington, DC 20037
(202) 737-8808 (telephone)
(540) 341-8809 (facsimile)

Mark Goldfeder*
mark@jewishadvocacycenter.org
Ben Schlager*
ben@jewishadvocacycenter.org
NATIONAL JEWISH ADVOCACY CENTER, INC.
INTERNATIONAL LEGAL FORUM
1718 General George Patton Drive
Brentwood, TN 37027
(800) 269-9895 (telephone)
(800) 758-5232 (facsimile)

Daniel R. Paluch
dpaluch@ghplaw.com
GIPSON HOFFMAN & PANCIONE
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
Telephone: (310) 556-4660
Facsimile: (310) 556-8945

*Attorneys for Plaintiffs and Class Members*

* *Admitted Pro Hac Vice*

# CERTIFICATE OF SERVICE

I hereby certify on February 11, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF System.

Participants in the case who are registered CM/ECF Users will be served by the CM/ECF System.

Dated: February 11, 2025

    */s/ Dallin B. Holt*
Dallin B. Holt*
dholt@holtzmanvogel.com
Holtzman Vogel Baran Torchinsky and Josefiak PLLC
2555 East Camelback Rd, Ste 700
Phoenix, AZ 85016
Telephone: (602) 388-1262
Fax: (549) 341-8809
*Admitted Pro Hac Vice*

## L.R. 11-6.2 CERTIFICATE OF COMPLIANCE

The undersigned counsel of record for Plaintiffs certifies that this brief contains 638 words, which complies with the word limit of L.R. 11-61.

Dated: February 11, 2025

*/s/ Dallin B. Holt*
Dallin B. Holt*
dholt@holtzmanvogel.com
Holtzman Vogel Baran Torchinsky and Josefiak PLLC
2555 East Camelback Rd, Ste 700
Phoenix, AZ 85016
Telephone: (602) 388-1262
Fax: (549) 341-8809
*Admitted Pro Hac Vice*
