Electronically FILED by Superior Court of California, County of Los Angeles 7/18/2024 2:37 PM David W. Slayton, Executive Officer/Clerk of Court, By V. Sino-Cruz, Deputy Clerk

Alex G. Romain (SBN CA 314694)
ARomain@jenner.com
Blaine R. Valencia (SBN CA 346223)
BValencia@jenner.com
**JENNER & BLOCK LLP**
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone:   +1 213 239 5100
Facsimile:   +1 213 239 5199

Attorneys for Defendants
TIDES FOUNDATION
THE TIDES CENTER

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| BLACK LIVES MATTER GLOBAL NETWORK FOUNDATION, INC., a Delaware nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>TIDES FOUNDATION, a California nonprofit corporation; THE TIDES CENTER, a California nonprofit corporation; ONE LOVE GLOBAL, INC. a Michigan nonprofit corporation, and DOES 3 to 20, inclusive.<br><br>Defendants. | Case No. 24STCV11342<br><br>**DECLARATION OF ALEX G. ROMAIN IN SUPPORT OF DEFENDANTS THE TIDES CENTER AND TIDES FOUNDATION'S REQUEST FOR JUDICIAL NOTICE**<br><br>Judge:   Honorable Michael P. Linfield<br><br>**Dept.:**     **34**<br>**Hearing Date:**     **August 14, 2024**<br>**Time:**     **8:30 a.m.**<br><br>**Reservation ID:**     **452316957679**<br><br>Action Filed:   May 6, 2024 |

I, Alex G. Romain, respectfully declare as follows:

1. I am admitted to practice law in California and before this Court. I am a partner at Jenner & Block LLP, and I represent Defendants Tides Foundation and the Tides Center ("Tides Defendants") in the above-referenced action. This Declaration is filed in support of the Tides Defendants' Request for Judicial Notice in Support of its Demurrer on Counts Two, Four, Eleven, Twelve, and Thirteen of Plaintiff's First Amended Complaint. I have reviewed Plaintiff's First Amended Complaint ("Am. Complaint") and I am familiar with the allegations therein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the June 26, 2020 Memorandum of Understanding for the Fiscal Sponsorship Fund signed by the Tides Center and Kailee Scales on behalf of the Black Lives Matter Global Network Project.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the July 20, 2020 Memo Memorandum of Understanding for the Collective Action Fund signed by Tides Foundation and Patrisse Cullors.

4. Attached hereto as **Exhibit 3** is an excerpt from a true and correct copy of the Tides Center Policy Overview.

5. Attached hereto as **Exhibit 4** is an excerpt from a true and correct copy of the Tides Center Project Handbook (Operations Manual).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 18, 2024, in Los Angeles, California.

Respectfully submitted,

By: _____

Alex G. Romain (SBN CA 314694)
Blaine R. Valencia (SBN CA 346223)
**JENNER & BLOCK LLP**
515 South Flower Street, Suite 3300
Los Angeles, California 90071
Telephone:      (213) 239-5106
Facsimile:       (213) 239-5100
Email:             aromain@jenner.com

*Attorneys for Defendants Tides Foundation and the Tides Center*

3

DECLARATION OF ALEX G. ROMAIN IN SUPPORT OF DEFENDANTS THE TIDES CENTER AND TIDES FOUNDATION'S REQUEST FOR JUDICIAL NOTICE
Case No. 24STCV11342

# EXHIBIT 1



# Memorandum of Understanding

*The Tides Center actively promotes change toward a healthy society, one which is founded on principles of social justice, broadly shared economic opportunity, a robust democratic process, and sustainable environmental practices. The Tides Center believes healthy societies rely fundamentally on respect for individual rights, the vitality of communities, and a celebration of diversity.*

**Participants**

This memorandum sets forth the understanding of Kailee Scales who shall serve as Project Director for (and on behalf of the advisory board, if applicable, for) Black Lives Matter Global Network Project located at 100 Manhattan Ave, Apt 212 Union City, NJ 07087 and the Tides Center.

**Purpose of the Memorandum of Understanding**

The purpose of this Memorandum of Understanding (MOU) is to provide an overview of the basic policies of the Tides Center and to describe the authority and role of the Tides Center and the Tides Administrative Offices (TAO).

**Structure of Relationship**

The Tides Center is a nonprofit public benefit corporation under the laws of the State of California and is tax exempt under sections 501(c)(3) and 509(a)(1) of the Internal Revenue Code. The Tides Center accomplishes its mission primarily through its network of projects. After approval by the Tides Center Board of Directors, Tides projects are direct activities of the Tides Center.

**Roles of Participants**

<u>Tides Administrative Offices.</u> The Tides Center serves as a home for new and existing nonprofit activities. Tides Administrative Offices (TAO) manages the projects and has the authority to set and change policies at any time. To support the programmatic activities of its projects, TAO provides project management, financial, and human resources services. Tides Center is the employer of all staff members of all projects, with full decision making authority for hiring and termination of project employees. Tides Center has the responsibility for all activities of the projects and, as part of this role, must review and approve all contracts, loans, publications, copyrights, and other legal documents. When conflicts arise, projects are expected to keep TAO informed of the issues, and TAO will get involved if the situation demands. Each project is assigned a Tides Advisor who monitors project activities. The Tides Advisor conveys necessary information and resources and responds to questions raised regarding Tides Center's systems.

<u>Tides Center Board of Directors.</u> The Tides Center Board of Directors has full governing authority over and full legal and fiduciary responsibility for all projects. The Tides Center Board of Directors delegates the authority to manage Tides Center activities to the Director of Client Services.

<u>Tides Center Projects.</u> Projects carry out programmatic activities which contribute to the Tides Center's mission. A project of the Tides Center is not a discrete entity; rather it is a constituent part of the Tides Center's corporate structure. The Tides Director of Client Services delegates responsibility for day–to-day operations to individual Project Directors. Projects must comply with all federal and state regulations governing nonprofit activities. Project Directors are also fully responsible for raising sufficient funds to cover operating expenses as well as for oversight of fundraising and revenues and authorizing expenditures.

<u>Tides Center Project Advisory Boards.</u> Advisory boards are recommended for all projects and are required when a project has more than one staff member and/or a budget greater than $100,000. Tides may also require some projects with smaller budgets to establish an advisory board that meets as a body. While these boards do not carry legal authority, they provide an important mechanism for project oversight, and help ensure accountability, ethical conduct, and support for projects.

Project Advisory Boards are responsible for providing assistance in areas not covered by TAO services, such as fundraising and organizational development, and project sustainability. In consultation with TAO staff, they also monitor and evaluate the performance of Project Directors and are responsible for approval of the project budget, supplemental personnel policies, benefits elections, and any change to the status or compensation of the project directors. In addition, advisory boards play an important role in facilitating communication between projects and TAO; they may provide TAO with advice and recommendations regarding personnel, financial, and administrative matters as well as other issues related to their projects.

**Terms**

This Memorandum of Understanding remains in effect until the relationship is terminated or a new MOU is approved by the Tides Center.

**Project Closure or Spin Off**

If the project would like to spin-off to become an independent nonprofit entity or move to another legal structure, the project must notify TAO as soon as possible. The project will be required to pay, or provide for payment of, all project liabilities at the time it spins off including any contingent or conditional obligations at that time, and Tides Center will reserve project funds as necessary to cover contingent liabilities after the closure or spin of the project. The specific requirements for a spin off are covered by a spin off or separation agreement between Tides Center and the legal entity that will be operating the project after separation from Tides. Tides Center reserves the right to terminate the project at any time for any reason, including but not limited to a determination that project staff have engaged in unauthorized or illegal activities or the project has violated any Tides Center policies. In the event that the project is financially inactive for a period of one year or longer, Tides Center may close the project and apply any remaining project funds to general Tides Center purposes.

**Administrative Fees**

In order to cover the administrative overhead costs, Tides Center assesses a nine percent (9%) overhead allocation on all gross revenue managed for projects except as detailed below. Gross revenue is defined as cash received from any source.

After the first 12 months of operating as a Tides Center Project, Tides Center assesses a nine percent (9%) overhead allocation on all gross revenue managed for projects up to $1 million. Thereafter Tides Center will assess a six percent (6%) overhead allocation on all gross revenue in excess of the first $1 million. However the overhead allocation resets to nine percent (9%) when gross revenue drops below $1 million at the start of the subsequent calendar year.

Funds from governmental sources are assessed a fifteen percent (15%) overhead allocation. This higher rate attributed to the government funds is necessary to cover extra administrative costs related to additional tracking, single audits and reporting requirements. These costs apply to all projects regardless of type of activity.

Tides Center has an annual minimum overhead allocation requirement of $2,000, which would typically be met on your first $22,500 of revenue. This minimum overhead allocation typically is effective on January 1 of the project's second year with Tides Center. Should a project not be able to meet this

requirement, Tides Center has the discretion to decide whether to spin off the project to another fiscal sponsor or close the project. Tides Center projects do not have interest bearing accounts. All funds received by Tides Center Projects are held as cash, conservative cash equivalents and fixed income investments. Any interest earned on these funds is used to defray Tides Center general and administrative expenses incurred in providing services to all projects.

Tides Center has not increased the overhead allocation percentage for project services since our organization began in 1995. We are committed to maintaining our high-quality management services at an affordable overhead allocation.

**Legal Counsel**

Projects are to utilize and carry the cost of Tides Center's internal or external legal counsel should legal advice become necessary. If a project wishes to retain other counsel, whether paid or pro bono, it must notify Tides Center in advance to make certain the other counsel has sufficient understanding of Tides Center's corporate structure and policies. In addition, Tides Center will often require projects' other legal counsel to be supported by Tides Center's legal counsel at the expense of the project. Any time that your project becomes aware of an actual or potential claim or dispute that may involve legal action, please contact your Tides Advisor with a complete description of the issue as soon as possible. Tides Center will then coordinate the call with the legal counsel. Please keep in mind that your project is responsible for the costs of all legal consultation and litigation.

**Insurance and Other Costs**

Projects are required to carry adequate insurance coverage, either through the Tides Center pooled plan, or a stand-alone policy. Tides will determine, in its sole discretion, what insurance coverage is adequate based on an assessment of risks associated with a Project's activities. Projects are responsible for the costs of their own portion of insurance coverage, either under the Tides Center pooled plan or a stand-alone policy, and Tides will determine appropriate insurance allocations on an annual basis. This does not include the allocation for additional insurance should the project engage in an event or activities that are not typically covered by the Tides Center general liability insurance policy. If your project has any insurance policies outside of the Tides Center pooled program, Tides must be included as a named insured under all applicable insurance policies. Additional project-specific costs, such as payroll set-up and banking charges, are passed on to projects.

**Terms of Understanding**

Each of the undersigned has read and understands the foregoing and all policies and procedures described in the *Policy Overview* and those in the *Operations Manual*. The Project Director agrees to abide by changes to such policies and procedures as they may be distributed from time to time and to the Operations Manual as they are updated. If the project has an Advisory Board, the Advisory Board Member signing below is signing on behalf of the entire project Advisory Board. If a new project does not have an Advisory Board in place at the time of the project's acceptance to Tides, the project director signature on this MOU constitutes a pledge to have an Advisory Board in place within six months of project activation at Tides. Any exception requires a Tides director approval.

Black Lives Matter Global Network Project:

_____    6/26/2020
*[signature: Kailee Scales]*                    _____
                                                Date

Kailee Scales

Project Director



_____    _____
*Project Advisory Board Member                  Date


_____
Printed Name & Title of Advisory Board Member

(*) If your project has an Advisory Board


_____    6/26/2020
*[signature: Tuti Scott]*                       _____
                                                Date

Tuti Scott

Interim CEO

Tides Center

# EXHIBIT 2



# Collective Action Fund
# Memorandum of Understanding

**Black Lives Matter Support Fund**

## Partner Certification

I, Patrisse Cullors, have requested that Tides Foundation establish the Black Lives Matter Support Fund (the "Fund"), for the purpose of supporting the work of Black Lives Matter chapters and other Black-led nonprofit organizations through grantmaking (the "Charitable Purpose").

- I understand that Tides has approved the Fund based on our mutual understanding regarding the policies and procedures described in the Collective Action Fund Information Packet, including this Memorandum of Understanding (this "MOU").

- I understand and will abide by the terms and conditions of this MOU. I will ensure that each Independent Advisory Committee Member also understands and will abide by these terms and conditions.

AGREED TO:

_[DocuSigned signature: Patrisse Cullors]_    7/20/2020

Patrisse Cullors                                Date

## Terms and Conditions

### INDEPENDENT ADVISORY COMMITTEE AND FUND MANAGER

*Role of the Independent Advisory Committee.* The Independent Advisory Committee of the Fund (the "IAC") is responsible for reviewing and recommending disbursements from the Fund. Detail regarding the initial IAC members for the Fund must be returned to Tides on the IAC Member Detail form provided in the Collective Action Fund Information Packet. The IAC is expected to meet periodically, whether in person or by conference call, to review Fund activity, including the status of any required grant reports and proposals for future funding, as well as to discuss strategic priorities and anticipated fundraising. A written record of meetings must be submitted to Tides as described in the Independent Advisory Committee Agreement.

*IAC Certification and Agreement.* Each IAC member must sign the Independent Advisory Committee Member Certification, as included in the Collective Action Fund Information Packet. The IAC Certification acknowledges receipt and review of the IAC Agreement (also included in the Information Packet), which includes guidance regarding procedures and expectations in connection with participation on the IAC.

*Independence from Donor(s).* Generally, a majority of the IAC must be independent from the donor(s) to the Fund. For the purposes of this paragraph, "independent" means the IAC member is not (i) a donor, (ii) a person appointed by a donor, or with a fiduciary relationship to a donor (a "Donor Affiliate"), (iii) a family member of a donor or Donor Affiliate, or (iv) an entity in which a donor, Donor Affiliate, or family member holds a 35% equity, voting, or beneficial interest. A person recommended by a donor on the basis of objective criteria related to the Charitable Purpose (and who is not otherwise described by (i)-(iv)) will be considered independent. The composition of the IAC, including as members leave and/or join, must be

DocuSign Envelope ID: E60B044A-479A-4EBC-9EFE-79C90CB03677
Case 2:24-cv-06253-SVW-PVC   Document 113-1   Filed 02/11/25   Page 11 of 19   Page ID #:901

Collective Action Fund
Memorandum of Understanding

approved by the Foundation. No disbursements from the Fund will be made until a majority independent IAC makes such recommendations.

*Removal of IAC.* The Foundation may, in its sole discretion, remove a member of the IAC or disband the IAC in its entirety. If the Foundation deems it necessary to disband the IAC, any remaining amount in the Fund will be disbursed for charitable purposes consistent with the mission and charitable activities of the Foundation and the Charitable Purpose of the Fund.

*Fund Manager.* The Fund Manager is a person designated by the Fund to act as the primary liaison with Tides, including for the purpose of making recommendations for distributions from the Fund. The initial Fund Manager for the Fund must be identified on the IAC Member Detail form.

*Foundation Reporting.* The Foundation will provide the Fund Manager with quarterly reports of Fund activity unless other arrangements are requested and agreed to by the IAC and the Foundation. IAC members also have access to information about the Fund via our secure online portal.

### GRANTMAKING AND OTHER DISBURSEMENTS

*Grantmaking Process.* The Fund Manager initiates Tides' grant review process by submitting a grant recommendation on behalf of the IAC to Tides. Each grant recommendation must be made in accordance with the IAC Agreement. The Fund's Tides Advisor will coordinate Tides' review and approval of the proposed grant. In accordance with IRS rules and regulations, the Foundation will use its independent judgment to determine whether a proposed grant will advance Tides' charitable mission and otherwise comply with applicable law.

*Grant Minimum.* The Foundation does not make disbursements of less than $250. Any release of funds will be contingent on there being sufficient amounts in the Fund to cover the grant and all related grant fees.

*Donor Acknowledgement.* The Foundation complies with all applicable laws regarding donor acknowledgement. It is the Foundation's general policy to acknowledge only cash contributions of $250 or more. Online donations received in a lump sum from an online fundraising platform will be recorded in one lump sum; unless otherwise agreed, the Foundation does not send acknowledgements to individual donors contributing through an online fundraising platform.

*Prohibited Grants.* The Foundation will not make any disbursements from the Fund (i) to engage in or support any partisan political activity; (ii) to participate or intervene in any campaign on behalf of (or in opposition to) any candidate for public office; (iii) to participate in any effort to induce or encourage violations of law or public policy; (iv) to cause any private inurement or improper private benefit to occur; (v) in any manner inconsistent with charitable purposes defined under the Internal Revenue Code section 501(c)(3), applicable regulations and other relevant guidance; or (vi) in contravention of Tides' charitable mission.

*Grantee Reporting.* Some grantees are required to submit programmatic and financial reports to the Foundation. The Fund Manager may request copies of these reports on a grant-by-grant basis at the time recommendations are submitted to the Foundation, or for all grants made from the Fund.

**Other Disbursements. From time to time, the Fund may wish to request that the Foundation approve a contract or similar document for the Fund. Examples include contracting with a third party to research potential grantees, to support fundraising, or to assess the compliance of proposed grantmaking. These requests are considered on a case-by-case basis, and assessed based on the charitable purpose of the Fund, the Foundation's ability to oversee the proposed relationship, and applicable rules and regulations.**

### CHARITABLE SOLICITATIONS

Any solicitation for charitable contributions on behalf of the Foundation, including to support the Fund, is subject to federal, state and local laws, including, but not limited to, the laws that govern registration for charitable fundraising. Please consult with your Tides advisor prior to engaging in any fundraising activity.

### ADMINISTRATION AND FEES

*Inactive Funds.* If no contributions or disbursement recommendations are made in connection with the Fund during any two-year period, the Foundation will attempt to contact you and the last known Fund Manager. If neither contributions nor recommendations resume, any remaining amount in the Fund will be disbursed for charitable purposes consistent with the mission and charitable activities of the Foundation.

*Fees and Charges Assessed to the Fund.* Please see Appendix A for a detailed list of fees and other charges assessed to the Fund.

*Investment Income.* At any one time, the Foundation holds substantial assets. The Foundation's management of those assets includes investment pursuant to the Foundation's Investment Policy Statement. Investment income earned by the Foundation from the management of its assets, including assets in the Fund, are credited exclusively to Tides' general fund, which covers operating and administrative costs of the Foundation. The Foundation's management of its assets has no impact on the availability of amounts for disbursement from the Fund.

### ADDITIONAL SERVICES

The Foundation offers a variety of professional philanthropic services to support our partners in understanding, evaluating and achieving shared charitable goals. For example, we can develop a values planning session to help refine philanthropic goals and strategies, produce a docket of funding recommendations with in-depth research on specific issue areas, create customized financial reports and related data regarding charitable grantmaking, and provide information, data and support regarding a comprehensive approach to charitable impact, including options for impact investing. Please feel free to contact your Tides Advisor for additional detail regarding any of these services, including associated fees.

### POLICY CHANGES

Please note that the Foundation reserves the right to amend its policies at any time. We consider and balance the needs and expectations of our charitable partners, the evolving rules applicable to funding the type of charitable activities contemplated by this MOU, and the effective achievement of our charitable mission when doing so.

[*Remainder of Page Intentionally Left Blank*]

Collective Action Fund
Memorandum of Understanding

# Appendix A
# Tides Fees

| Fee Description | Fee |
| --- | --- |
| Administrative Fee | 3% of each contribution |
| Contract Fee | 3% of the total amount of the contract |
| Grant Fee | $50.00 for each instalment of a grant |
| Minimum Annual Fee | Difference between $500.00 and total administrative and contract fees paid by Fund during calendar year. |
| Special or Unique Transaction Fee | Additional fees may be required for Tides' staff time associated with special or unique transactions requested by the Fund. Any such fees would be agreed with the Fund Manager prior to initiation of the transaction. |

As with all of its policies, the Foundation reviews its fees from time to time. Any anticipated changes to fees will be discussed with the Fund Manager in good faith, taking into account the needs and expectations of the Fund and the effective achievement of Tides' charitable mission.

## Third Party Costs

The Fund will be assessed a wire transfer fee of $20.00 for each domestic wire transfer, and $40.00 for each international wire transfer, as well as any other bank or other third party fees or charges associated with grants or other transactions specific to the Fund. Examples include a void/reissue fee associated with incorrect information provided to Tides by the Fund or a proposed grantee and, in the case of an invested fund, any investment management fee charged directly by the custodian. The Fund will also be responsible for any unrelated business income tax and the cost of any external legal and accounting services associated with specific transactions requested by the Fund. Engagement of any external legal and/or accounting professionals will be discussed and agreed with the Fund Manager before reimbursable charges are incurred.

# EXHIBIT 3

***Leases.*** Leases are also contracts and subject to the same policies as other contracts. TAO requires that a limitation of liability clause be appended to all leases.

***Grant Contracts.*** All grant agreements are signed by TAO and projects must adhere to reporting and other requirements of the grant agreement.

***Grant Proposal Management.*** Tides service team review proposals prior to their submission to ensure consistency with Tides Center policies.

***Insurance.*** Tides maintains a comprehensive insurance package that covers a majority of project activities. This package includes general liability, property coverage, and association liability. Projects must allocate an appropriate portion of their budgets to cover their share of this coverage. Projects must also inform TAO of all relevant activities in a timely manner to ensure these activities are covered by Tides Center's insurance package.

***Legal Counsel.*** If legal advice is needed, projects should avail themselves of Tides' legal counsel. The cost of this advice is at the project's expense, unless the legal issue is pertinent to other projects or the Tides Center as a whole. If projects choose to engage other counsel, whether paid or pro bono, they must notify TAO in advance, to ensure this counsel has sufficient understanding of the Tides Center corporate structure and corporate policies.

***Litigation.*** Projects may not join as plaintiffs in any legal case without the approval of the Tides Center.

***Board of Directors.*** In the event that a Project Director becomes aware that any person threatens or makes any claims against the Tides Center on account of a project action or activity, that project must inform TAO immediately. TAO works with the project to determine the appropriate course of action, but retains full authority regarding the handling of the matter.

***Political Activities.*** Consistent with law applicable to 501(c)(3) organizations, Tides Center projects may not participate or intervene in any political campaign on behalf of or in opposition to any candidate for public office, or otherwise support partisan political activity.

***Lobbying.*** Under sections 501(c)(3) and 501(h) of the Internal Revenue Code, Tides projects may engage in a limited amount of legislative lobbying, subject to approval by TAO. Projects may not use Federal funding for lobbying. Projects must seek Guidance from TAO prior to engaging in any Lobbying Activities.

***Copyrights and Trademarks.*** The copyright for any product produced by a Tides Center project-- such as books, videos, films, project names and trademarks--is owned by the Tides Center. Royalties from such products are revenue to the project that produced them. These products are generally held by Tides and may be transferred with other assets at the time of project spin-off or closure.

## Human Resources

The Tides Center policies are protective of both projects and employees. Through these policies, TAO attempts to prevent personnel problems from occurring and to provide a healthy working environment for all employees. For the employment relationship to work, TAO and projects must work together to ensure that information flow is timely and complete.

***Employment Relationship.*** All project employees are employees of the Tides Center. Policies regarding employment are described in Tides' Employee Handbook. These policies apply to all projects' staff and Project Directors.

***Recruitment and Hiring.*** Projects recruit their own employees. When beginning a recruitment process, projects must inform TAO. TAO has ultimate authority regarding hiring. As stated under administrative policies, when a project plans to hire an independent contractor, TAO will determine if this is the appropriate status or if the person should properly be classified as an employee.

# EXHIBIT 4



**Project Handbook
2016**

Tides Center Project Handbook

© 2014 Tides Center. All rights reserved; confidential. All information contained herein is the sole property of Tides Center, is protected by the US copyright law, and may not be modified, copied, reproduced, republished, or distributed without the prior written permission of Tides Center. Any unauthorized use of any material contained in this document may violate domestic and/or international copyright laws.

Case 2:24-cv-06253-SVW-PVC    Document 113-1    Filed 02/11/25    Page 18 of 19    Page ID #:908

Tides Center Project Handbook

Consultants and contractors cannot be paid automatically. Planning ahead by submitting invoices on a timely basis can avoid processing fees.

### 3.4.8   Coding errors

Tides Center staff makes every effort to accurately record all project-related financial transactions. Occasionally, Tides Center staff or project personnel may miscode items—it is critical that project directors or their assigned delegate review monthly general ledger regularly to ensure accuracy.

Our goal is to record and present the financial activities of projects as accurately as possible. However, some omissions or misstatements are not significant enough to warrant correction. It is the responsibility of the Tides Center finance staff to determine what items constitute material coding errors that require corrective action.

### 3.4.9   Relocation Allowance

Projects may choose to provide a relocation allowance to eligible employees to assist with the costs of moving to a new location.  The amount of the allowance must be included in the employee job offer letter for a new hire or in a status change letter for an existing employee.  The relocation allowance is designed to assist with relocation expenses associated with a move, including travel to the new location and the costs of shipping household goods.

Whenever hiring an employee, if you intend to include a relocation allowance to that person for relocation expenses, you must disclose this and the amount in the Comments section of the job offer request form so that it can be included in the job offer letter. The relocation allowance will be paid with the employee's first available paycheck (or within 30 days of the employee's start date).

The relocation allowance will be reported as additional compensation, subject to payroll deductions, including federal, state, and local income taxes and FICA, on the employees W-2. The employee is responsible for all taxes on the amount.

Employees are not required to submit receipts or expense reports to Tides Center for their moving and relocation expenses.  However, Tides Center recommends that employees keep all receipts and maintain adequate records for personal financial and tax reporting. Employees may refer to IRS Publication 521 – Moving Expenses for information on deductible expenses.

Employees are advised to consult their own tax advisor or consultant.  While we attempt to provide general guidelines and information, every situation is unique and Tides Center is not responsible for employee's tax liability.

## 3.5   Grantmaking

If a project wants to engage in occasional grantmaking in furtherance of its charitable activities, Tides Center provides this service as an element of our administration of the project. Though projects can make a recommendation for a grant to Tides Center, the ultimate approval resides with Tides Center's Board of Directors and/or authorized directors. All recommendations go through Tides Center's due diligence process to ensure compliance with IRS regulations and eligibility of recipient organizations. Tides Center awards grants for charitable purposes within the guidelines of section 501(c)(3) of the US Internal Revenue Code.

### 3.5.1   Eligibility of grant recipients

The following criteria are used to determine an organization's eligibility for receiving a grant:

- Recipient is organized and operated as an IRS-designated 501(c)(3) nonprofit or is organized for charitable purposes in the US or abroad.

- Recipient must not be prohibited from receiving funds from the US