## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-06253-SVW-PVC | Date | February 13, 2025 |
|---|---|---|---|
| Title | StandWithUs Center for Legal Justice v. CodePink et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**      IN CHAMBERS ORDER


In light of the various corrected motions, the Court strikes the now-outdated motions to dismiss and resets the current motions to dismiss that are upcoming for hearing to be heard on March 3, 2025, at 1:30 p.m. Therefore, the motions at Dkt. 89, Dkt. 90, and Dkt. 92 are stricken; the motions at Dkt. 96 and Dkt. 98 are reset for hearing on March 3, 2025, at 1:30 p.m., to be heard concurrently with the related motions in the related case.

|  | : |
|---|---|
| Initials of Preparer | PMC |