HOLTZMAN VOGEL BARAN TORCHINSKY
& JOSEFIAK PLLC
Dallin B. Holt (*Pro Hac Vice*)
dholt@holtzmanvogel.com
2555 East Camelback Road, Ste. 700
Phoenix, AZ 85016
Telephone: (602) 388-1262
Facsimile: (549) 341-8809

Attorneys for Plaintiffs and Class Members

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOAH POLLAK, on behalf of all others similarly situated, and STANDWITHUS CENTER FOR LEGAL JUSTICE,<br><br>Plaintiffs,<br><br>v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity; CODEPINK ACTION FUND, a California entity; WESPAC FOUNDATION, a New York entity; HONOR THE EARTH, a Minnesota entity; COURTNEY LENNA SCHIRF; REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT; PALESTINIAN YOUTH MOVEMENT; and DOES #1-100,<br><br>Defendants. | CASE NO.: 2:24-cv-06253-SVW-PVC<br><br>Honorable Stephen V. Wilson<br>Courtroom 10A<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

# NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Noah Pollak and StandWithUs Center for Legal Justice, in support of their claims for relief and their oppositions to Defendants' motions to dismiss, hereby provide the Court with requested examples of cases where courts allowed FACE Act claims against organizational defendants to proceed beyond Rule 12 motions to dismiss. These cases are non-exhaustive and only serve as illustrative examples of the many cases where courts allow FACE Act claims to proceed against organizational defendants—including unincorporated organizations. The illustrative cases are:

- Exhibit 1: *Planned Parenthood, Inc. v. Am. Coal. of Life Activists*, 23 F. Supp. 2d 1182 (D. Or. 1998);
- Exhibit 2: *New York v. Operation Rescue Nat'l*, 69 F. Supp. 2d 408 (W.D.N.Y. 1999); and
- Exhibit 3: *NOW, Inc. v. Scheidler*, No. 86 C 7888, 1999 U.S. Dist. LEXIS 11980 (N.D. Ill. July 16, 1999).

Dated:  March 4, 2025                Respectfully Submitted,

*/s/ Dallin B. Holt*
Dallin B. Holt*
dholt@holtzmanvogel.com
Holtzman Vogel Baran Torchinsky
and Josefiak PLLC
2555 East Camelback Rd, Ste 700
Phoenix, AZ 85016
Telephone: (602) 388-1262
Fax: (549) 341-8809

Jason B. Torchinsky*
jtorchinsky@holtzmanvogel.com
Edward M. Wenger*
emwenger@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2300 N Street NW, Suite 643
Washington, DC 20037
(202) 737-8808 (telephone)

1
PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
2:24-cv-06253-SVW-PVC

(540) 341-8809 (facsimile)

Mark Goldfeder*
mark@jewishadvocacycenter.org
Ben Schlager*
ben@jewishadvocacycenter.org
NATIONAL JEWISH ADVOCACY CENTER, INC.
INTERNATIONAL LEGAL FORUM
1718 General George Patton Drive
Brentwood, TN 37027
(800) 269-9895 (telephone)
(800) 758-5232 (facsimile)

Daniel R. Paluch
dpaluch@ghplaw.com
GIPSON HOFFMAN & PANCIONE
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
Telephone: (310) 556-4660
Facsimile: (310) 556-8945

*Attorneys for Plaintiffs and Class Members*

* *Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify on March 4, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF System.

Participants in the case who are registered CM/ECF Users will be served by the CM/ECF System.

Dated: March 4, 2025

/s/ Dallin B. Holt
Dallin B. Holt*
dholt@holtzmanvogel.com
Holtzman Vogel Baran Torchinsky and Josefiak PLLC
2555 East Camelback Rd, Ste 700
Phoenix, AZ 85016
Telephone: (602) 388-1262
Fax: (549) 341-8809
*Admitted Pro Hac Vice

3
PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
2:24-cv-06253-SVW-PVC

## L.R. 11-6.2 CERTIFICATE OF COMPLIANCE

The undersigned counsel of record for Plaintiffs certifies that this brief contains 141 words, which complies with the word limit of L.R. 11-61.

Dated:  March 4, 2025

/s/ Dallin B. Holt
Dallin B. Holt*
dholt@holtzmanvogel.com
Holtzman Vogel Baran Torchinsky and Josefiak PLLC
2555 East Camelback Rd, Ste 700
Phoenix, AZ 85016
Telephone: (602) 388-1262
Fax: (549) 341-8809
*Admitted Pro Hac Vice