GIPSON HOFFMAN & PANCIONE
A Professional Corporation
DANIEL R. PALUCH (State Bar No. 287231)
*dpaluch@ghplaw.com*
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
Telephone: (310) 556-4660
Facsimile: (310) 556-8945

Attorneys for Plaintiffs and Class Members

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH POLLAK, on behalf of all others similarly situated, and STANDWITHUS CENTER FOR LEGAL JUSTICE,<br><br>Plaintiffs,<br><br>v.<br><br>CODEPINK WOMEN FOR PEACE, et al.,<br><br>Defendants. | CASE NO.: 2:24-cv-06253-SVW-PVC<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

# NOTICE OF SUPPLEMENTAL AUTHORITY

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiffs Noah Pollak and StandWithUs Center for Legal Justice ("Plaintiffs") hereby provide the Court with additional requested examples of a case where a court allowed FACE Act claims against an organizational defendant to proceed beyond a Rule 12 motion to dismiss. This case serves as another illustrative example of the many cases where courts have allowed FACE Act claims to proceed against organizational defendants—including unincorporated organizations.

**Exhibit A:** *FemHealth USA, Inc. v. Williams, et al.*, 2023 WL 5498055 (M.D. Tenn. Aug. 23, 2023).

**Exhibit B:** *FemHealth USA, Inc. v. Williams, et al.*, 2022 WL 4241269 (M.D. Tenn. Sep. 14, 2022).

**Exhibit C:** *FemHealth USA, Inc. v. William*, 83 F.4th 551 (6th Cir. 2023).

Respectfully submitted,

Dated: March 5, 2025

GIPSON HOFFMAN & PANCIONE
A Professional Corporation

*/s/Daniel R. Paluch*
DANIEL R. PALUCH
Attorneys for Plaintiffs and Class Members

## CERTIFICATE OF SERVICE

I hereby certify on March 5, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF System.

Participants in the case who are registered CM/ECF Users will be served by the CM/ECF System.

Dated: March 5, 2025

*/s/Daniel R. Paluch*