| Attorney or Party without Attorney:<br>DANIEL R. PALUCH (SBN 287231)<br>GIPSON HOFFMAN & PANCIONE, A Professional Corporation<br>1901 Avenue of the Stars, Suite 1100<br>Los Angeles, California, 90067-6002<br>Telephone No: 310-556-4660<br><br>Attorney For: Plaintiff | Ref. No. or File No.:<br>06297.1 | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA |
|---|
| Plaintiff: NOAH POLLAK, on behalf of all others similarly situated, et al<br>Defendant: CODEPINK WOMEN FOR PEACE, a California entity, et al |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:24-cv-06253-SVW-PVC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; First Amended Class Action Complaint

3. a. Party served: HONOR THE EARTH, a Minnesota entity
   b. Person served: Sarah Cope, authorized to accept for Northwest Registered Agent, Inc., Agent for Service of Process

4. Address where the party was served: 202 North Cedar Avenue Ste 1, Owatonna, MN 55060

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Mar 10 2025 (2) at: 02:44 PM

6. **Person Who Served Papers:**
   a. James Basa
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was: $393.10

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

03/13/2025
(Date)

_(Signature)_



PROOF OF SERVICE

12863807
(17143687)