**ZAVALA LAW GROUP, P.C.**
Joe Inumerable, Esq. (Bar No. 144076)
Salomon Zavala, Esq. (Bar No. 243424)
Email: *szavala@zavalalawgroup.com*
811 W. 7th Street, Suite 1200
Los Angeles, CA 90017
Telephone: (213) 413-0144

Attorney for Defendant, HONOR THE EARTH

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NOAH POLLAK, on behalf of all others similarly situated, and STANDWITHUS CENTER FOR LEGAL JUSTICE,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CODEPINK WOMEN FOR PEACE, a California entity; CODEPINK ACTION FUND, a California entity; WESPAC FOUNDATION, a New York entity; HONOR THE EARTH, a Minnesota entity; COURTNEY LENNA SCHIRF; REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT; PALESTINIAN YOUTH MOVEMENT; and DOES #1-100,<br>　　　　Defendants. | CASE NO. 2:24-CV-06253-SVW-PVC<br>*Assigned for all purposes to: Honorable Stephen V. Wilson*<br><br>**DEFENDANT HONOR THE EARTH'S NOTICE OF MOTION AND MOTION TO STRIKE AND DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Hearing Date: April 28, 2025<br>Time:　　　　1:30 p.m.<br>Dept.: Courtroom 10A<br><br>**FAC Filed: December 19, 2024**<br>**Trial Date: Not Set** |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

　　This motion is made following the conference of counsel pursuant to L.R. 7-3 which, which took place on March 26, 2025.

1

**NOTICE OF MOTION AND MOTION TO STRIKE AND DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**

1  PLEASE TAKE NOTICE that on April 28, 2025, these matters will be heard, at the First Street Courthouse, located at 350 W. 1st Street, Courtroom 10A, 10th Floor, Los Angeles, California 90012, at 1:30 p.m., Defendant Honor the Earth (hereinafter "HTE") will move the Court to strike and to dismiss the First Amended Complaint ("FAC") of Plaintiff, Noah Pollak, on behalf of all others similarly situated, and Standwithus Center for Legal Justice (hereinafter "Plaintiffs") naming HTE as a Defendant.

The Motion to Strike is based upon Federal Rules of Civil Procedure, Rule12(f), as the language which HTE seeks to strike is both scandalous and speculative, and is thus proper and appropriate to be stricken from the FAC. The Motion to Dismiss is based on Federal Rule of Civil Procedure 12(b)(6) and 12(b)(2), on the basis that the FAC fails to state a claim against HTE and the Court lacks personal jurisdiction over HTE.

This Notice of Motion is based on the Motion to Strike and Dismiss Plaintiffs' First Amended Complaint and the Memorandum of Points and Authorities, along with all papers and filings in this matter, all matters of which this Court takes judicial notice, and upon such oral argument as may be presented at the hearing.

Respectfully Submitted,

Dated: March 31, 2025           **ZAVALA LAW GROUP, P.C.**

          */s/ Joe Inumerable*
          JOE INUMERABLE, Esq.
          Attorney for Defendant
          HONOR THE EARTH

2

**NOTICE OF MOTION AND MOTION TO STRIKE AND DISMISS FIRST AMENDED CLASS ACTION COMPLAINT**

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action. My business address is:

**ZAVALA LAW GROUP, P.C.**
811 W. 7th Street, Suite 1200
Los Angeles, CA 90017

On March 31, 2025**,** I served the foregoing document described as:

**DEFENDANT HONOR THE EARTH'S NOTICE OF MOTION AND MOTION TO STRIKE AND DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

on the interested parties in this action via CM/ECF system following the Central District of California Local Rules for service.

Dated: March 31, 2025                   _____*uren Sti*_____
                                                                les