Robert L. Herbst (NYSBN 1333194)
rherbst@herbstlawny.com
HERBST LAW PLLC
420 Lexington Avenue, Suite 300
New York, New York 10170
Tel: 914-450-8163 / Fax: 888-482-4676

Ramsey Judah (SBN 342300)
ramsey@judahlawgroup.com
JUDAH LAW GROUP
1026 W. Foothill Blvd
Upland, CA 91786
Tel: 626-899-7667

Attorneys for Defendant
WESPAC FOUNDATION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

NOAH POLLAK, on behalf of all others similarly situated, and STANDWITHUS CENTER FOR LEGAL JUSTICE,

Plaintiffs,

v.

CODEPINK WOMEN FOR PEACE, a California entity; CODEPINK ACTION FUND, a California entity; WESPAC FOUNDATION, a New York entity; HONOR THE EARTH, a Minnesota entity; COURTNEY LENNA SCHIRF; REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT; PALESTINIAN YOUTH MOVEMENT; and DOES #1-100,

Defendants.

CASE NO: 2:24-cv-06253-SVW-PVCx

Honorable Stephen V. Wilson
Courtroom 10A

**DEFENDANT WESPAC FOUNDATION'S NOTICE OF RECENT SUPPLEMENTAL AUTHORITY**

Complaint Filed: July 24, 2024
Trial Date: Not Set

Defendant WESPAC Foundation ("WESPAC") respectfully submits the attached decision of Chief Judge Gordon of the United States District Court for the District of Nevada in *Gerwaski v. Nevada ex rel. Bd. Of Regents of the NV Sys. Of Higher Educ.*, 2025 U.S. Dist. LEXIS 84645, No. 2:24-cv-00985-APG-MDC (D. Nev., May 5, 2025), granting a motion to dismiss by the Defendant American Muslims for Palestine ("AMP") for lack of personal jurisdiction.

*Gerwaski* purportedly arose out of protests relating to the Israeli-Palestinian situation on a college campus in Las Vegas. In *Gerwaski*, the Plaintiff argued that specific jurisdiction could be exercised as to AMP – an out-of-state entity – because it allegedly controlled the Defendant National Students for Justice in Palestine ("NSJP"), which was said to have communicated with local actors in relation to the protests. However, the court found that Plaintiff failed "to allege [that AMP had] any contacts with Nevada that show purposeful availment in this State to support specific jurisdiction." *Gerwaski*, 2025 U.S. Dist. LEXIS 84645 at 11.

The case is on point here where, as WESPAC noted in Doc. 88, at 3, Plaintiff has failed to allege that WESPAC did anything in California or that any funds WESPAC provided through its general fiscal sponsorship to Palestinian Youth Movement were ever directed at or to California, let alone used in connection with the events out of which Plaintiffs' injuries allegedly arose.

Salomon Zavala, counsel for Honor the Earth, has kindly advised that Honor the Earth joins in this Notice in support of its motion to dismiss for lack of personal jurisdiction.

Dated: May 12, 2025

HERBST LAW PLLC

By: /s/ Robert L. Herbst

Robert L. Herbst
rherbst@herbstlawny.com
420 Lexington Avenue, Suite 300
New York, New York 10170
Tel: 914-450-8163 Fax: 888-482-4676
Attorneys for Defendant
WESPAC FOUNDATION