Dallin B. Holt*
HOLTZMAN VOGEL BARAN TORCHINSKY
 & JOSEFIAK PLLC
dholt@holtzmanvogel.com
2555 East Camelback Rd, Ste 700
Phoenix, AZ 85016
Telephone: (602) 388-1262
Facsimile: (549) 341-8809
*Admitted Pro Hac Vice

Attorneys for Plaintiffs and Class Members

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH POLLAK, on behalf of all others similarly situated, and STANDWITHUS CENTER FOR LEGAL JUSTICE,<br><br>Plaintiffs,<br><br>v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity; CODEPINK ACTION FUND, a California entity; WESPAC FOUNDATION, a New York entity; HONOR THE EARTH, a Minnesota entity; COURTNEY LENNA SCHIRF; REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT; PALESTINIAN YOUTH MOVEMENT; and DOES #1-100,<br><br>Defendants. | 2:24-cv-06253-SVW-PVC<br><br>**ORDER ON STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND AND DEFENDANTS' REPLY TO RULE 11 MOTION**<br><br>Judge: Hon. Stephen V. Wilson<br>Extended Hearing: October 27, 2025 |

(PROPOSED) ORDER ON STIPULATION EXTENDING THE TIME OF PLAINTIFFS TO RESPOND AND DEFENDANTS TO REPLY TO RULE 11 MOTION, CASE NO. 2:24-CV-06253-SVW-PVC

GOOD CAUSE APPEARING, the Court hereby approves this Stipulation. The dates and deadlines associated with WESPAC's Rule 11 Motion (ECF No. 134) are adjusted as follows:

- Hearing date for WESPAC's Rule 11 Motion: October 27, 2025;
- Plaintiffs' Response to Motion: September 29, 2025; and
- WESPAC's Reply: October 13, 2025

Dated:  September 10, 2025

_____
Hon. Stephen V. Wilson
U.S. District Court Judge