UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-06253-SVW-PVC | Date | November 14, 2025 |
| Title | *StandWithUs Center for Legal Justice v. CodePink et al* | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Daniel Tamayo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**     ORDER DENYING DEFENDANT'S MOTION FOR SANCTIONS [134]

    Before the Court is Defendant WESPAC's Motion for Sanctions under Federal Rule of Civil Procedure 11. ECF No. 134. The Court has considered the motion, as well as Plaintiff's opposition, and Defendant's reply. ECF Nos. 144, 145. In the Court's view, Defendant's argument is unavailing. The Court finds that sanctions are not warranted in this case.

    Defendant's motion is hereby DENIED.

**IT IS SO ORDERED.**

 

:

Initials of Preparer     DTA