John Cycon (*Pro Hac Vice*)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
15405 John Marshall Highway
Haymarket, VA 20169
(540) 341-8808 (telephone)
(540) 341-8809 (facsimile)
*jcycon@holtzmanvogel.com*

Attorneys for Plaintiffs and Class
Members

*(Additional counsel listed on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| NOAH POLLAK, on behalf of all others similarly situated, and STANDWITHUS CENTER FOR LEGAL JUSTICE, <br><br> Plaintiffs, <br><br> v. <br><br> CODEPINK WOMEN FOR PEACE, a California entity; CODEPINK ACTION FUND, a California entity; WESPAC FOUNDATION, a New York entity; HONOR THE EARTH, a Minnesota entity; COURTNEY LENNA SCHIRF; REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT; PALESTINIAN YOUTH MOVEMENT; and DOES #1-100, <br><br> Defendants. | Case No.: 2:24cv6253 <br> [referred to Magistrate Judge Pedro Castillo] <br><br> **PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES** <br><br> **Date: Tuesday, June 23, 2026** <br> **Time: 10:00 a.m.** <br> **Place: Courtroom 590** <br> **255 E Temple St,** <br> **Los Angeles, Ca 90012** |
|---|---|

1

Mark Goldfeder (*Pro Hac Vice*)
mark@jewishadvocacycenter.org
Ben Schlager (*Pro Hac Vice*)
ben@jewishadvocacycenter.org
NATIONAL JEWISH ADVOCACY CENTER, INC.
INTERNATIONAL LEGAL FORUM
1718 General George Patton Drive
Brentwood, TN 37027
(800) 269-9895 (telephone)
(800) 758-5232 (facsimile)

Jason B. Torchinsky (*Pro Hac Vice*)
jtorchinsky@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2300 N Street NW
Suite 643
Washington, DC 20037
(202) 737-8808 (telephone)
(540) 341-8809 (facsimile)

Michael A. Sherman (SBN 94783)
masherman@stubbsalderton.com
LAW OFFICES OF MICHAEL A. SHERMAN
15260 Ventura Blvd., 21st Floor
Sherman Oaks, CA 91403
(818) 444-4528 (telephone)

PLEASE TAKE NOTICE that on June 23, 2026, these matters will be heard, at the Edward R. Roybal Federal Courthouse, located at 255 E Temple Street, Courtroom 590, 5th Floor, Los Angeles, California 90012, at 10:00 a.m.

This motion is made following conference of counsel pursuant to Local Rule 37-1, which took place on May 14, 2026. In that conference, Plaintiffs conferred with CodePink Defendants in a good faith effort to obtain the requested discovery without court action but were unable to reach agreement.

Plaintiffs Noah Pollak and StandWithUs Center For Legal Justice hereby move pursuant to Federal Rule of Civil Procedure 37 and Local Rules 37-1−37-4 to compel responses to Requests for Admission 2, 4, and 5; Interrogatories 1−7; and Requests for Production 1−7; as set forth in greater detail in Plaintiffs' portion of the Local Rule 37-2 stipulation attached as **Exhibit A** to this motion. Plaintiffs have complied with the requirements of Local Rule 37, including participating in a prefiling conference with counsel for CodePink Defendants. CodePink Defendants did not timely provide their portion of the stipulation required by Local Rule 37-2, as established by the declaration of their counsel John Cycon attached as **Exhibit B**. Plaintiffs plan to file a supplemental memorandum of law in support of this motion pursuant to Local Rule 37-2.3.[1]

For the Court's convenience, the relief Plaintiffs request in the Local Rule 37-2 stipulation as to each of the disputed discovery requests is reproduced below:

**REQUESTS FOR ADMISSION**

**Request for Admission Nos. 2−5**: Plaintiffs request that the Court order CodePink Defendants to admit or deny these Requests for Admission.

**INTERROGATORIES**

**Interrogatory No. 1**: Plaintiffs request that the Court order CodePink Defendants to identify whom in their organizations, or acting on its behalf, between May 1, 2024 and July 31, 2024 (1) controlled the social media accounts of the Southeast Los Angeles Chapters of CodePink WFP or CodePink Action; or (2) controlled the social media accounts of other affiliates and re-posted or otherwise distributed the posts at issue.

**Interrogatory Nos. 2−7**: Plaintiffs request that the Court order CodePink Defendants to fully respond to Interrogatory Nos. 2−7.

---

[1] A copy of the Rule 26(f) order is attached as **Exhibit C** pursuant to Local Rule 37-2.1.

# REQUESTS FOR PRODUCTION

**Request for Production No. 1**: Plaintiffs request that the Court order CodePink Defendants to produce all documents and communications in their possession, custody, or control (including the possession, custody, or control of any CodePink affiliate) that are responsive to Search List items 1, 2, 9, 10, 11, 14, 15, and 19−32 between May 1, 2024 and July 31, 2024, making clear that CodePink Defendants, not Plaintiffs, bear the expenses in producing such records.

**Request for Production Nos. 2−7**: Plaintiffs request that the Court order CodePink Defendants to produce all documents and communications in their possession, custody, or control (including the possession, custody, or control of any CodePink affiliate) that are responsive to these Requests for Production, making clear that CodePink Defendants, not Plaintiffs, bear the expenses in producing such records.

DATED this 23rd day of May 2026.

HOLTZMAN VOGEL BARAN

TORCHINSKY & JOSEFIAK, PLLC

*/s/John Cycon*

JOHN CYCON*

Attorneys for Plaintiffs and Class

Members

Mark Goldfeder*
*mark@jewishadvocacycenter.org*
Ben Schlager*
*ben@jewishadvocacycenter.org*
NATIONAL JEWISH ADVOCACY
CENTER, INC.
INTERNATIONAL LEGAL FORUM
1718 General George Patton Drive
Brentwood, TN 37027
(800) 269-9895 (telephone)

Jason B. Torchinsky*
*jtorchinsky@holtzmanvogel.com*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK, PLLC
2300 N Street NW
Suite 643
Washington, DC 20037
(202) 737-8808 (telephone)
(540) 341-8809 (facsimile)

MOTION TO COMPEL DISCOVERY RESPONSES
CASE NO. 2:24CV6253

(800) 758-5232 (facsimile)

Michael A. Sherman (SBN 94783)
*masherman@stubbsalderton.com*
LAW OFFICES OF MICHAEL A. SHERMAN
15260 Ventura Blvd., 21st Floor
Sherman Oaks, CA 91403
(818) 444-4528 (telephone)

*Attorneys for Plaintiffs and Class Members*

*\*Pro Hac Vice*

MOTION TO COMPEL DISCOVERY RESPONSES
CASE NO. 2:24CV6253