# EXHIBIT B-2

| | |
|---|---|
| **From:** | Dallin Holt |
| **To:** | Mark Kleiman; Collin Poirot |
| **Cc:** | Pamela Savoie; Lisa Charette; Andrew Wilson; Jonathan Lienhard; John Cycon; Jason Torchinsky; Michael Sherman |
| **Subject:** | Re: Draft Motion re Enlargement of Time for Meet and Confer |
| **Date:** | Monday, May 11, 2026 7:25:40 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

Mark and Collin:

Just wanted to circle back with you on this. While we were/are willing to work with you on conferring about our concerns about CodePink's discovery responses/objections, we need to quickly move this forward, or we will have to initiate the compel process with the Court without being able to note your position. Please provide us with a few options of when we can meet to discuss the discovery objections in more detail by Friday, May 15, 2026. I imagine the meeting will last about two hours.

To the extent it is helpful, here is a timeline of our communications as it relates to our discovery objections:

- On April 21, 2026, I emailed you both a draft of the discovery dispute letter required under L.R. 37-1. This started the 10-day clock for us to confer in detail regarding the items we raised in the letter (this deadline was May 1, 2026);
- On April 23, 2026, Mark emailed me requesting an extension of the ten-day period the local rules required us to confer on the disputed discovery issues. I responded to this request on April 24, 2026, and noted that we would agree to an additional ten days to confer on the disputed issues—this extended conferral deadline would be May 11, 2026;
- On April 24, 2026, Mark emailed me with a few dates we could confer on the motion for an extension to participate in a conference to discuss the disputed discovery areas (separate and apart from the required discovery dispute conference)—the earliest conferral date Mark provided was April 29, 2026. I responded on April 27, 2026, and told Mark I could meet at 11:00 a.m. PT on April 29, 2026—I asked Mark if he could circulate an invite. Mark then responded that he could meet earlier on the upcoming Sunday—I could not. I noted to Mark that I could meet on Tuesday, April 28, 2026;
- On April 28, 2026, Collin emailed me and we set-up a time to confer later that same day at 2:00 p.m. PT. I called Collin on his provided cell phone and we conferred on the need for an extension for confer on the disputed discovery issues—the discussion only included an extension to May 11, 2026. I also noted to Collin on the call that we would not oppose a request for an extension provided the motion only moved to extend the deadline, nothing more. Collin said either him or Mark would soon follow-up with a draft motion for us to review;

- On May 4, 2026, Mark emailed the draft agreed motion to extend the ten-day conferral deadline. In this draft motion, Mark had included a proposed extension to May 22, 2026 —something that was never discussed or agreed to at the conferral conference with myself and Collin. Mark's proposed motion also included several paragraphs positioning our discovery objections in a negative light—something we previously noted we would not agree to;
- On May 5, 2026, I emailed my revisions (noted in redline and comments in Word) to both Collin and Mark. I noted that we were open to agreeing to a May 15, 2026, conferral extension, but that motion could only request the extension, and not include additional commentary on our discovery objections, generally. As of the writing of this email (May 11, 2026), I have not received any response to my May 5, 2026, email.

Again, as previously noted, we were/are agreeable to extend the 10-day conferral window on the disputed discovery issues (original deadline was May 1, 2026, and we subsequently noted that we would agree to an extension to May 11 and May 15). Please respond and provide a few windows of availability where we can confer on the disputed discovery issues prior to this Friday, May 15, 2026. We look forward to hearing from you and moving things forward with discovery in this matter. As noted above, if we do not hear from you by this Friday, May 15, 2026, we will file our objections with the Court pursuant to the local rules and note that while requested, CodePink declined to respond with their position(s) on the disputed areas.

Finally, as an aside, John Cycon from my firm (Cc'd on this email and already appeared in this matter) will be taking on a larger role in this litigation and, going forward, will serve as your contact for Plaintiffs going forward (Andrew Wilson, also Cc'd, will continue to be involved in the case at the associate level).

As always, please let me know if you have any questions, and we look forward to hearing from you soon.

Thank you,

**Dallin Holt**
Partner
**Holtzman Vogel**
O 602.388.1262

**holtzmanvogel.com**

**From:** Dallin Holt <dholt@HoltzmanVogel.com>
**Date:** Tuesday, May 5, 2026 at 6:14 PM
**To:** Mark Kleiman <mark@krlaw.us>, Collin Poirot <cpoirot.law@gmail.com>
**Cc:** Pamela Savoie <pam@krlaw.us>, Lisa Charette <lcharette@holtzmanvogel.com>, Andrew Wilson <AWilson@HoltzmanVogel.com>, Jonathan Lienhard

<jlienhard@HoltzmanVogel.com>, John Cycon <jcycon@HoltzmanVogel.com>, Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>, Michael Sherman <masherman@stubbsalderton.com>

**Subject:** Re: Draft Motion re Enlargement of Time for Meet and Confer

Mark and Collin:

Attached are my proposed redlines.  This is an attempt to simply the issue.  Please let me know if we need to discuss further.

Thank you,

**Dallin Holt**
Partner
**Holtzman Vogel**
O 602.388.1262

**holtzmanvogel.com**

**From:** Dallin Holt <dholt@HoltzmanVogel.com>
**Date:** Tuesday, May 5, 2026 at 5:12 PM
**To:** Mark Kleiman <mark@krlaw.us>
**Cc:** Collin Poirot <cpoirot.law@gmail.com>, Pamela Savoie <pam@krlaw.us>, Lisa Charette <lcharette@holtzmanvogel.com>, Andrew Wilson <AWilson@HoltzmanVogel.com>, Jonathan Lienhard <jlienhard@HoltzmanVogel.com>, John Cycon <jcycon@HoltzmanVogel.com>, Jason Torchinsky <jtorchinsky@HoltzmanVogel.com>, Michael Sherman <masherman@stubbsalderton.com>
**Subject:** Re: Draft Motion re Enlargement of Time for Meet and Confer

Mark:

I will send some redlines.  As I mentioned to Collin when we met and conferred on this issue, we are willing to agree to your partial extension request, but the requests needed to be plain-Jane requests, not over-the-top advocacy.  If you want to keep the requests as is, that is not something that we will consent to.  Standby for some redlines.

Thank you,

**Dallin Holt**
Partner  •  Phoenix, AZ

O 602.388.1262
Bio  •  LinkedIn



DC • VA • FL • AZ • NY • TN • UT

[holtzmanvogel.com](holtzmanvogel.com)  in  X

**PRIVILEGED AND CONFIDENTIAL**
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address. Thank you.

**DISCLAIMER**
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Holtzman Vogel Baran Torchinsky & Josefiak PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

**From:** Mark Kleiman <mark@krlaw.us>

**Date:** Monday, May 4, 2026 at 11:15 AM

**To:** Dallin Holt <dholt@holtzmanvogel.com>

**Cc:** Collin Poirot <cpoirot.law@gmail.com>, Pamela Savoie <pam@krlaw.us>, Lisa Charette <lcharette@holtzmanvogel.com>, Andrew Wilson <awilson@holtzmanvogel.com>, Jonathan Lienhard <jlienhard@holtzmanvogel.com>, John Cycon <jcycon@holtzmanvogel.com>, Jason Torchinsky <jtorchinsky@holtzmanvogel.com>, Michael Sherman <masherman@stubbsalderton.com>

**Subject:** Draft Motion re Enlargement of Time for Meet and Confer

Hi, Dallin,

Sorry it took a while to get this to you, but here we have it.  If you'd like to talk about it, I'll be available after 6 p.m. PT today. Or just send a redline..

Thanks,
Mark

--



12121 Wilshire Blvd., Ste. 810
Los Angeles, CA  90025
310-392-5455
310-306-8491 (fax)
[www.kleimanrajaram.com](www.kleimanrajaram.com)

Uplink Page for Secure and Confidential File Sharing:
[https://spaces.hightail.com/uplink/mkleiman](https://spaces.hightail.com/uplink/mkleiman)

Image removed by sender.