# Exhibit A

Mark Kleiman (SBN 115919)
mark@krlaw.us
KLEIMAN / RAJARAM
12121 Wilshire Blvd., Ste. 810
Los Angeles, CA  90025
Tel: 310-392-5455 / Fax: 310-306-8491

Collin Poirot (NY 5673405)
*(pro hac vice)*
cpoirot.law@gmail.com
2603 Oak Lawn, Suite 300
Dallas TX  75219
214-392-2281

Attorneys for Defendants
CODEPINK WOMEN FOR PEACE
CODEPINK ACTION FUND

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NOAH POLLAK, on behalf of all others similar situated, and STANDWITHUS CENTER FOR LEGAL JUSTICE<br><br>Plaintiffs,<br><br>v.<br><br>CODEPINK WOMEN FOR PEACE, a California entity; CODEPINK ACTION FUND, a California entity; WESPAC FOUNDATION, a New York entity; HONOR THE EARTH, a Minnesota entity; COURTNEY LENNA SCHIRF; REMO IBRAHIM, d/b/a PALESTINIAN YOUTH MOVEMENT; PALESTINIAN YOUTH MOVEMENT; and DOES #1-100,<br><br>Defendants. | Case No. 2:24-cv-06253-SVW-PVC<br><br>Judge:  Hon Stephen V. Wilson<br><br>DEFENDANT'S CODEPINK WOMEN FOR PEACE RESPONSE TO PLAINTIFFS' FIRST REQUESTS FOR ADMISSION |

## RESPONSES TO REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1**:

Admit that You requested through social media that people arrive at, and in the areas surrounding, the Adas Torah Synagogue located at 9040 West Pico Blvd., Los Angeles, California 90035 ("Adas Torah Synagogue") on June 23, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1**:

Denied.

**REQUEST FOR ADMISSION NO. 2:**

Admit that You provided materials, such as clothing, radios, head/face covers, food, water, posters, or megaphones to individuals present at, and in the areas surrounding, the Adas Torah Synagogue on June 23, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2**:

Objection. Irrelevant, disproportionate, and overbroad. Plaintiff is not entitled to responses to discovery which are not to the remaining claims in the action. Blair v. CDCR, No. 1:14-cv-01156-LJO-SAB (PC), 2018 U.S. Dist. LEXIS 69828 (E.D. Cal. Apr. 24, 2018). In partially granting CODEPINK's motion to dismiss the Court ruled that the only surviving basis for liability in the Plaintiff's complaint is the SELA Chapter's social media post that included an inverted red triangle above the addresses where the real estate sales were to be conducted, on the theory that the post could have affected viewers and intimidated them from coming to a house of worship for religious purposes. Occurrences at the real estate sales event are not relevant to this inquiry.

**REQUEST FOR ADMISSION NO. 3:**

Admit that the Adas Torah Synagogue is a place of religious worship.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3**:

Admitted. However, the subject property is also used for commercial purposes.

**REQUEST FOR ADMISSION NO. 4**:

Admit that individuals affiliated with CodePink WFP were present at, and in the areas surrounding, the Adas Torah Synagogue on June 23, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4**:

Objection.  Irrelevant, disproportionate, and overbroad.  Plaintiff is not entitled to responses to discovery which are not to the remaining claims in the action. Blair v. CDCR, No. 1:14-cv-01156-LJO-SAB (PC), 2018 U.S. Dist. LEXIS 69828 (E.D. Cal. Apr. 24, 2018).  In partially granting CODEPINK's motion to dismiss the Court ruled that the only surviving basis for liability in the Plaintiff's complaint  is the SELA Chapter's social media post that included an inverted red triangle above the addresses where the real estate sales were to be conducted, on the theory that the post could have affected viewers and intimidated them from coming to a house of worship for religious purposes.  Occurrences at the real estate sales event are not relevant to this inquiry.

**REQUEST FOR ADMISSION NO. 5:**

Admit that individuals affiliated with CodePink WFP, by force and physical obstruction intentionally injured, intimidated, and interfered with persons seeking to lawfully exercise their First Amendment rights of religious freedom at, and in the areas surrounding, the Adas Torah Synagogue on June 23, 2024, such that the ability of individuals who wished to enter and exit the Synagogue was rendered unreasonably difficult or hazardous.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5**:

Objection.  Irrelevant, disproportionate, and overbroad.  Plaintiff is not entitled to responses to discovery which are not to the remaining claims in the action. Blair v. CDCR, No. 1:14-cv-01156-LJO-SAB (PC), 2018 U.S. Dist. LEXIS 69828 (E.D. Cal. Apr. 24, 2018). In partially granting CODEPINK's motion to dismiss the Court ruled that the only surviving basis for liability in the Plaintiff's

3

DEFENDANT CODEPINK WOMEN FOR PEACE RESPONSE TO PLAINTIFFS'
FIRST REQUESTS FOR ADMISSION

complaint  is the SELA Chapter's social media post that included an inverted red triangle above the addresses where the real estate sales were to be conducted, on the theory that the post could have affected viewers and intimidated them from coming to a house of worship for religious purposes.  Occurrences at the real estate sales event are not relevant to this inquiry.

KLEIMAN / RAJARAM

Dated: December 9, 2025                    By:_____
                                                                    Mark Kleiman

Attorneys for Defendants
CODEPINK WOMEN FOR PEACE
CODEPINK ACTION FUND

4

DEFENDANT CODEPINK WOMEN FOR PEACE RESPONSE TO PLAINTIFFS'
FIRST REQUESTS FOR ADMISSION

## VERIFICATION

I am an authorized representative of CODEPINK Women for Peace, the party responding to the foregoing Plaintiffs' First Set of Requests for Admission in this action.  I have reviewed the foregoing responses and know, or have been informed of their contents.  Subject to the objections stated herein, the responses are true and correct to the best of CODEPINK Women for Peace's knowledge, information, and belief after reasonable inquiry.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 9, 2025, at Shanghai, China.

*/s/ Jodie Evans*

_____

Jodie Evans
Member, Board of Directors

5
DEFENDANT CODEPINK WOMEN FOR PEACE RESPONSE TO PLAINTIFFS'
FIRST REQUESTS FOR ADMISSION

## CERTIFICATE OF SERVICE

I certify that on December 9, 2025, I caused to have served via electronic mail the foregoing DEFENDANT'S CODEPINK WOMEN FOR PEACE RESPONSE TO PLAINTIFFS' FIRST REQUESTS FOR ADMISSION on counsel for the parties listed below:

Dallin B. Holt (Pro Hac Vice) dholt@holtzmanvogel.com

Jason B. Torchinsky (Pro Hac Vice) jtorchinsky@holtzmanvogel.com

John Cycon (Pro Hac Vice) jcycon@holtzmanvogel.com

Daniel Tilleman <dtilleman@holtzmanvogel.com>

Jonathan Lienhard <jlienhard@holtzmanvogel.com>

Lisa Charette lcharette@holtzmanvogel.com

Michael A. Sherman masherman@stubbsalderton.com

Mark Goldfeder <Mark@njaclaw.org>

Ben Schlager Ben@njaclaw.org

Collin Poirot cpoirot.law@gmail.com

_____

Mark Kleiman

DEFENDANT CODEPINK WOMEN FOR PEACE RESPONSE TO PLAINTIFFS' FIRST REQUESTS FOR ADMISSION