# EXHIBIT B-3

**From:**   Andrew Wilson
**To:**   Mark Kleiman
**Cc:**   Dallin Holt; John Cycon
**Subject:**   Follow-up to L.R. 37-1 conference (Adas Torah)
**Date:**   Thursday, May 14, 2026 7:59:49 PM
**Attachments:**   image189946.png
image310836.png
image122576.png

---

Mark,

Good chatting with you just now.

To summarize where we left things, you are going to prepare your position on each of the disputed responses by next Thursday (5/21), which we will copy-paste into the joint letter to the court.

You also advised that you would work on a proposed protective order and circulate it for our review before then. That will affect the requests that you offered to produce certain documents subject to an appropriate protective order: currently Interrogatories 1 & 3 and RFPs 1, 2, 4 & 5. To the extent that you determine that you can provide responses to any additional discovery requests subject to such protective order, please advise of the same in your response.

In addition, you mentioned that you had concerns about how broadly to read "relate to." We discussed you identifying a proposed understanding of that term. RFPs 4, 5, 6, & 7 used that language.

Finally, we agreed to work on getting this matter referred to a magistrate for disposition. The discovery motion will be referred to a magistrate, and we can prepare a joint stipulation at that point asking him or her to retain jurisdiction of the case for all purposes.

Feel free to follow up with any additional points, clarifications, or questions.

Regards,

Andy

**Andrew Wilson**
Associate  ·  Nashville, TN

M 615-981-1041
O 615-647-8532
Bio  ·  LinkedIn



DC • VA • FL • AZ • NY • TN • UT

holtzmanvogel.com

**PRIVILEGED AND CONFIDENTIAL**
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address. Thank you.

**DISCLAIMER**
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Holtzman Vogel Baran Torchinsky & Josefiak PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.