# EXHIBIT B-4

| From: | Andrew Wilson |
|---|---|
| To: | Mark Kleiman |
| Cc: | John Cycon; Susan Greene; Michael Sherman |
| Subject: | Plaintiffs" portion of joint stipulation (Pollak v. CodePink) |
| Date: | Wednesday, July 22, 2026 7:54:23 PM |
| Attachments: | image673090.png |
| | image888096.png |
| | image232562.png |
| | StandWithUs_Adas Torah_Plaintiffs" Draft of Joint Stipulation re Discovery Dispute (7.22)(1558971.2).docx.nrl |
| | StandWithUs_Adas Torah_Plaintiffs" Draft of Joint Stipulation re Discovery Dispute (7.22)(1558971.2).docx |

Mark,

Attached is Plaintiffs' portion of the joint stipulation. The only exhibits will be the two protective orders you proposed.

We have made some changes to the Background and Proposal to resolve issue sections to reflect recent developments, but the substance is identical to the version you have had since April. Pursuant to Local Rule 37-2.2, we look forward to receiving your portion of the joint stipulation by next Wednesday (7/29).

We've calculated the motion hearing based on your signoff of the merged document next Thursday (7/30) and filing next Friday (7/31).

Regards,

Andy

**Andrew Wilson**
Associate  •  Nashville, TN

M 615-981-1041
O 615-647-8532
Bio  •  LinkedIn



DC  •  VA  •  FL  •  AZ  •  NY  •  TN
holtzmanvogel.com

PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise. If you have received this communication in error, please contact me at the above email address. Thank you.

DISCLAIMER
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Holtzman Vogel Baran Torchinsky & Josefiak PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis. Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.