# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

StandWithUs Center for Legal Justice

Plaintiff(s)

v.

CodePink et. al.

Defendant(s)

CASE NUMBER

2:24-cv-06253-SVW-PVC

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

☐ The Court hereby orders that the request of:

________________ ☐ Plaintiff ☐ Defendant ☐ Other ________

*Name of Party*

☐ to substitute ________________ who is

☐ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

*Street Address*

*City, State, Zip* *E-Mail Address*

*Telephone Number* *Fax Number* *State Bar Number*

as attorney of record instead of ________________

*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☐ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of Collin Poirot

*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for CodePink Women for Peace, CodePink Action Fund

**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated ________________

U. S. District Judge/U.S. Magistrate Judge