UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. CV 24-6253 SVW (PVCx) Date: September 8, 2026

Title StandWithUs Center for Legal Justice v. CodePink, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | CourtSmart 9/8/2026 |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| --- | --- |
| Michael A. Sherman | None |

**PROCEEDINGS: [IN CHAMBERS] MINUTES OF AND ORDER RE PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES (Dkt. No. 159); ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE GRANTED IN FULL**

The Court held a hearing on Plaintiffs' Motion to Compel Discovery Responses (Dkt. No. 159) on September 8, 2026. Present at the hearing was Plaintiffs' counsel, Michael A. Sherman. Counsel for Defendants, Mark A. Kleiman, was not present. Before the Court took the bench, the Courtroom Deputy Clerk called Mr. Kleiman's office and also emailed him. After the case was called, Mr. Sherman stated that a message from Mr. Kleiman indicated that Mr. Kleiman was in the emergency room. Mr. Kleiman's office did not respond to the Courtroom Deputy Clerk's inquiries before the Court took the bench.[1]

Due to Defendants' counsel's absence, the Court did not hear substantive argument on the motion to compel.

[1] Mr. Kleiman left a voicemail message with the Courtroom Deputy Clerk at 1:12 p.m. stating that he was at the Emergency Room at a hospital and was in the triage area being admitted. The Court did not review the message until after the hearing concluded.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. CV 24-6253 SVW (PVCx) Date: September 8, 2026

Title StandWithUs Center for Legal Justice v. CodePink, et al.

The Court hereby Orders Defendants to Show Cause, no later than **Tuesday, September 15, 2026**, why the Court should not deem Defendants to have consented to the granting in full of Plaintiff's Motion to Compel Discovery Responses (Dkt. No. 159) for Defendants' failure to serve their portion of the Joint Stipulation, file any response to the motion, or appear in Court for the hearing on the motion. *See* L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.") The Court orders Defendants' counsel to file with the OSC Response a declaration in support of the Response. The Response shall be confined to the subjects set forth herein and shall not include any argument as to the merits of Plaintiffs' Motion to Compel Discovery Responses.

IT IS SO ORDERED.

| | |
|---|---|
| | :12 |
| **Initials of Preparer** | hh |