UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. CV 24-6253 SVW (PVCx) Date: September 16, 2026

Title StandWithUs Center for Legal Justice v. CodePink, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Michael A. Sherman | None |

**PROCEEDINGS: [IN CHAMBERS] MINUTES OF AND ORDER DISCHARGING ORDER TO SHOW CAUSE (Dkt. No. 164); GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES (Dkt. No. 159)**

On September 8, 2026, the Court ordered Defendant to show cause, supported by a Declaration from Defendant's counsel, Mark A. Kleiman, why the Court should not deem Defendants to have consented to the granting in full of Plaintiff's Motion to Compel Discovery Responses (Dkt. No. 159) for Defendants' failure to serve their portion of the Joint Stipulation, file any response to the motion, or appear in Court for the hearing on the motion. (Dkt. No. 164). On September 15, 2026, Mr. Kleiman filed Defendant's Response but did not attach his Declaration, as required by the Court's Order. (Dkt. No. 165). Nevertheless, because the Response to the OSC essentially consents to the granting of the motion to compel, the Court hereby discharges the OSC (Dkt. No. 164). Plaintiff's motion to compel is GRANTED as follows: on or before **September 30, 2026,** Defendant is ordered to serve complete substantive responses to Plaintiffs' Requests for Admission, Interrogatories, and Requests for Production.

IT IS SO ORDERED.

**Initials of Preparer** :
mr